ORIGINAL

1  wehlucpl

2  LEONARDO M. RAPADAS
3  United States Attorney
   KARON V. JOHNSON
4  Assistant U.S. Attorney
5  Suite 500, Sirena Plaza
   108 Hernan Cortez Ave.
6  Hagåtña, Guam 96910
   PHONE: (671) 472-7332
7  FAX: (671) 472-7334

8  Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM

DEC - 8 2006

MARY L.M. MORAN
CLERK OF COURT

9
            IN THE UNITED STATES DISTRICT COURT
10
11             FOR THE TERRITORY OF GUAM

12                                    Magistrate q.c.
   UNITED STATES OF AMERICA,    )  CRIMINAL CASE NO.  06 - 0 0 0 3 1
13                              )
              Plaintiff,        )       **COMPLAINT**
14                              )
15        vs.                   )  **REFUSAL TO ALLOW BOARDING**
                                )  [16 U.S.C. § 1857(1)(D)]
16  WEH YUEH LU,                )
                                )
17            Defendant.        )
18  _____)

19
20  THE UNDERSIGNED COMPLAINT CHARGES UPON INFORMATION AND BELIEF

21  THAT:

22      On or about September 9, 2006, within the special maritime and territorial jurisdiction of

23  the United States, the defendant herein, WEH YUEH LU, did unlawfully and knowingly refuse

24
25  to permit an officer who was authorized to enforce the provisions of the Magnuson Act, Title 16

26  U.S.C. § 1801 et seq., to board a fishing vessel which was subject to the control of WEH YUEH

27

28                                    1

LU, for purposes of conducting a search and inspection in connection with the enforcement of said Magnuson Act and any regulation, permit, and agreement pursuant thereto, to-wit: that WEH YUEH LU was the master of the FF/V Marshalls 201, and was fishing in an Exclusive Economic Zone (EEZ) of the United States and did knowingly and willfully refuse to permit United States Coast Guard officers of the USCG Cutter Walnut to board the Marshalls 201 for purposes of conducting a search and investigation concerning WEH YUEH LU's fishing in said EEZ,

ALL IN VIOLATION of Title 16, United States Code, Section 1857(1)(D) and Title 18, United States Code, Section 7(1).

COMPLAINANT FURTHER STATES:

1. I am a Special Agent employed by the United States Coast Guard Investigative Service. I have reviewed a report written by LTJG Thomas E. Przybyla, Operations Officer for the United States Coast Guard Cutter (USCGC) Walnut, which reflects as follows.

2. On September 9, 2006, Lt. Przybyla was the Officer of the Deck (OOD) and standing watch on the bridge of the USCGC Walnut when he received a communication from Coast Guard HC-130 aircraft, tail number 1702. Member of crew of the C-130 reported they were patrolling the U.S. Exclusive Economic Zone (EEZ) around the Howland and Baker Islands, when they observed a vessel fishing inside the EEZ. They identified the vessel as the Republic of Marshall Islands flagged fishing vessel (FF/V) Marshals 201. Crew members observed that the Marshalls 201 had nets in the water. The USCGC Walnut plotted a course to intercept this vessel, based upon the coordinates provided by the crew of the C-130.

3. The USCGC Walnut located the Marshalls 201 approximately two miles within the

2

United States EEZ. It was dead in the water with numerous work boats around it. Although various attempts were made to hail the vessel on VHF channel 16, which is the international hailing and distress frequency, the vessel hauled in its gear and got under way. The USCGC Walnut began to pursue.

4. During the pursuit, officers of the USCGC Walnut continued to hailed the Marshalls 201on VHF channel 16, ordering it to stop. The only communication they received from the vessel was a voice saying he did not speak English. The vessel did not stop. Officers then hoisted the "Lima," a black and yellow checkered flag which is the signal code flag internationally recognized as the signal to "Stop Instantly." In addition, officers of the USCGC Walnut repeatedly sounded the Lima sound signal. The Marshalls 201 did not stop until it had left the U.S. EEZ, which was several miles from where the vessel had first been ordered to heave to.

FURTHER AFFIANT SAYETH NAUGHT.

KELLY S. HOYLE
Special Agent, Coast Guard Investigative Service

SUBSCRIBED AND SWORN TO before me on this _8th_ day of December, 2006.

JOAQUIN V.E. MANIBUSAN, JR.
Magistrate Judge
District Court of Guam

3