**Criminal Case Cover Sheet**	**U.S. District Court**

**Place of Offense:**

City _____Hagåtña_____

Country/Parish _____

**Related Case Information:**

Superseding Indictment _____ Docket Number __06-00031__
Same Defendant _____ New Defendant __X__
Search Warrant Case Number _____
R 20/ R 40 from District of _____

**Defendant Information:**

**Juvenile: Yes ____ No _X_**   **Matter to be sealed: ____ Yes _X_ No**

Defendant Name _____WEH YUEH LU_____

Alias Name _____

Address _____

Birthdate ____ SS# ____ Sex _M_ Race _A_ Nationality _Chinese_

**U.S. Attorney Information:**

AUSA _KARON V. JOHNSON_

**Interpreter:** ___ No ___ Yes   List language and/or dialect: _____

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____

☐ Already in State Custody

☐ On Pretrial Release

**U.S.C. Citations**

Total # of Counts: __1__   ___ Petty _Y_ q4. Misdemeanor _*_ q4. Felony

| Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|
| Set 1  16 USC 1857(1)(D) | Refusal to Allow Boarding | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |

(May be continued on reverse)

Date: __12-8-06__   Signature of AUSA: _Fred Black for KVJ_

**ORIGINAL**

RECEIVED
DEC - 8 2006
DISTRICT COURT OF GUAM
HAGATNA, GUAM

Case 1:06-mj-00031   Document 1-2   Filed 12/08/2006   Page 1 of 1