# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# INITIAL APPEARANCE

CASE NO.: MJ-06-00031-001            DATE: December 09, 2006

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding

Law Clerk: Judith P. Hattori        Court Reporter: None Present
Courtroom Deputy: Leilani Toves Hernandez    Electronically Recorded: 11:09:40 - 11:35:27
CSO: None Present

**APPEARANCES:**

Defendant: Wen Yueh Lu            Attorney: Daniel Berman
☑ Present ☐ Custody ☐ Bond ☐ P.R.      ☑ Present ☑ Retained ☐ FPD ☐ CJA

U.S. Attorney: Karon Johnson         U.S. Agent: Kelly Hoyle, U.S. Coast Guard
U.S. Probation: Carleen Borja         U.S. Marshal: V. Roman
Interpreter: Foo Mee Chun Clinard     Language: Mandarin

**PROCEEDINGS: Initial Appearance re Complaint and Arraignment**
- Defendant sworn and examined.
- Defendant arraigned and advised of his rights, charges and penalties.
- Defense advised the Court that the proper spelling for his client's name is Wen Yueh Lu. Government had no objection to the correction of the defendant's name. Accordingly, the Court ordered that the complaint and record be corrected to reflect Wen Yueh Lu.
- Defendant waives reading of the Complaint.
- Plea entered: Not guilty to Refusal to Allow Boarding.
- Trial set for: February 2, 2007 at 9:30 a.m.
- Defense argued for release of the defendant. Government opposed. The Court denied release of the defendant and stated its reasons. The Court instructed counsel to file the motion for release by Tuesday, December 12, 2006. The Court set a Detention Hearing for: December 13, 2006 at 9:30 a.m.
- Defendant remanded to the custody of the U.S. Marshals Service for: Detention

NOTES: