FILED
DISTRICT COURT OF GUAM
DEC 12 2006
MARY L.M. MORAN
CLERK OF COURT

BERMAN O'CONNOR & MANN
Suite 503 Bank of Guam Bldg.
111 Chalan Santo Papa
Hagatna, Guam 96932
Telephone: (671) 477-2778

Attorneys for Defendant:
*WEN YUEH LU*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| UNITED STATES OF AMERICA, | ) <s>CRIMINAL</s> CASE NO. 06-00031 MAGISTRATE |
|---|---|
| Plaintiff, | ) |
| vs. | ) NOTICE OF MOTION FOR |
| WEN YUEH LU, | ) RELEASE OR TO REDUCE BAIL |
| Defendant. | ) |

### NOTICE OF MOTION FOR RELEASE OR TO REDUCE BAIL

Please take notice that on December 13, 2006 at the hour of 9:30 A.M., the Defendant shall move pursuant to 18 U.S.C. §3142 (b) and (c) for release or reduction in bail conditions. This motion is based upon the Memorandum of Points and Authorities and Declaration of Counsel filed herein on December 12, 2006.

DATED this 12th day of December, 2006.

BERMAN O'CONNOR & MANN
Attorneys for Defendant *WEN YUEH LU*

By: _____
DANIEL J. BERMAN

E:\Jean\Plds\DJB\Chen Hsin Yu\ntc mtn.wpd

ORIGINAL