

**FILED**
DISTRICT COURT OF GUAM
DEC 12 2006
MARY L.M. MORAN
CLERK OF COURT

BERMAN O'CONNOR & MANN
Suite 503 Bank of Guam Bldg.
111 Chalan Santo Papa
Hagatna, Guam 96932
Telephone: (671) 477-2778

Attorneys for Defendant:
*WEN YUEH LU*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | ~~CRIMINAL~~ CASE NO. 06-00031 MAGISTRATE |
| Plaintiff, | |
| vs. | CERTIFICATE OF SERVICE |
| WEN YUEH LU, | |
| Defendant. | |

**CERTIFICATE OF SERVICE**

I hereby certify that on the **12** day of December, 2006, I caused to be served a copy of the Defendant's Motion and Memorandum in Support of Motion to Release or to Reduce Bail ; Declaration of Defendant's Counsel; and Exhibits "1 to 5" on the following:

**VIA HAND DELIVERY**

U.S. Attorney's Office
Sirena Plaza, Suite 500
108 Hernan Cortez Ave.
Hagatna, Guam 96910

U.S. Probation Office
2nd floor, U.S. Courthouse Bldg
520 West Soledad Avenue
Hagatna, Guam 96910

Dated this 12th of December, 2006.

BY: _____
JEANNETTE F. RIVERA

E:\Jean\Plds\DJB\Chen Hsin Yu\dec of counsel.wpd

**ORIGINAL**