ORIGINAL

wehlucontstp

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagatna, Guam 96910
PHONE: 472-7332
FAX: 472-7334

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
DEC 12 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> WEH YUEH LU, <br><br> Defendant. | MAGISTRATE CASE NO. 06-00031 <br><br> **STIPULATED MOTION TO MOVE DETENTION HEARING TIME** |

The parties in the above-entitled matter, the United States of America, and the defendant through his counsel, Daniel Berman, hereby motion this Honorable Court to continue the Detention Hearing time currently scheduled for December 13, 2006, at 9:30 a.m. and that it be continued to December 13, 2006, at 1:30 p.m. Assistant U.S. Attorney Karon Johnson will be in grand jury session scheduled to begin at 9:00 a.m.

12/12/06
DATE

/s/ DANIEL BERMAN
Attorney for Defendant

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

12/12/06
DATE

By: /s/ KARON V. JOHNSON
Assistant U.S. Attorney