IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>WEN YUEH LU,<br><br>        Defendant. | MAGISTRATE CASE NO. 06-00031<br><br>**ORDER TO MOVE DETENTION HEARING TIME** |

Due to the scheduling needs of the Court, the Detention Hearing currently scheduled for December 13, 2006, at 9:30 a.m. is hereby rescheduled to December 13, 2007, at 1:30 p.m.

**SO ORDERED** this 13th day of December 2006.



**/s/ Joaquin V.E. Manibusan, Jr.**
**U.S. Magistrate Judge**