ORIGINAL

THE LAW OFFICES OF MARK S. SMITH
456 West O'Brien Drive, Suite 102-D
Hagatna, Guam 96910
Telephone: (671) 477-6631/32
Facsimile: (670) 477-8831

Attorney for Defendant,
*Wen Yueh Lu*

FILED
DISTRICT COURT OF GUAM
DEC 13 2006
MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT

## FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | MAGISTRATE CASE NO.: 06-00031 |
|         Plaintiff, ) | |
| vs. ) | **NOTICE OF APPEARANCE AS** |
| ) | **CO-COUNSEL** |
| WEN YUEH LU ) | |
|         Defendant. ) | |

### NOTICE OF APPEARANCE AS CO-COUNSEL

**COMES NOW**, Mark S. Smith, Esq. and appears as co-counsel for Defendant in the above-captioned action.

Dated this 13TH day of December, 2006.

Respectfully submitted,

By: _____
**MARK S. SMITH, ESQ.**
Attorney for Defendant, *Wen Yueh Lu*