US MARSHALS SERVICE
RECEIVED
DEC 0 8 2006

AO 442 (Rev. 12/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of _____GUAM_____

UNITED STATES OF AMERICA

V.

~~WEH~~ WEN YUEH LU

**WARRANT FOR ARREST**

Case Number: Magistrate Case No. 06-00031

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ~~WEH~~ WEN YUEH LU
                                                                                   Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment ☐ Information ☑ Complaint ☐ Order of court ☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice

charging him or her with (brief description of offense)
REFUSAL TO ALLOW BOARDING

**FILED**
DISTRICT COURT OF GUAM
DEC 1 3 2006
MARY L.M. MORAN
CLERK OF COURT

in violation of Title __16__ United States Code, Section(s) __1857(1)(D)__

JOAQUIN V. E. MANIBUSAN, JR.
Name of Issuing Officer

Signature of Issuing Officer

U.S. Magistrate Judge
Title of Issuing Officer

12/8/2006    Hagatna, Guam
Date    Location

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at Guam Intl Airport |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 8 Dec 06 | Kelly S. Hoyle, Resident Agent in Charge | |
| DATE OF ARREST 9 Dec 06 | | |

ORIGINAL

AO 442    (Rev. 10/03) Warrant for Arrest

### THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME:  ~~WEH~~ WEN YUEH LU

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____  WEIGHT: _____

SEX: _____  RACE: _____

HAIR: _____  EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS:


FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO:


INVESTIGATIVE AGENCY AND ADDRESS: