BERMAN O'CONNOR & MANN
Suite 503 Bank of Guam Bldg.
111 Chalan Santo Papa
Hagatna, Guam 96932
Telephone: (671) 477-2778

Attorneys for Defendant:
WEN YUEH LU

**FILED**
DISTRICT COURT OF GUAM
DEC 19 2006
MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | MAGISTRATE CASE NO. 06-00031 |
| Plaintiff, | |
| vs. | T.A. STIPULATION ~~TO ORDER~~ RE: CHANGE OF ROOM NUMBER AT TUMON BAY CAPITAL HOTEL |
| WEN YUEH LU, | |
| Defendant. | |

**STIPULATION TO ORDER RE: CHANGE OF ROOM
NUMBER AT TUMON BAY CAPITAL HOTEL**

COMES NOW Defendant Wen Yueh Lu and Plaintiff United States of America, through counsel undersigned, respectively, and hereby stipulate to an Order to authorize the change in fixed address and residence for Defendant Wen Yueh Lu from Room No. 203 to Room No. 908 because the air-conditioner has broken in Room No. 203. The general address for the hotel and residence at Tumon Bay Capital Hotel in lower Tumon remains the same.

E:\Jean\Plds\DJB\Chen Hsin Yu\stip & order.wpd

**ORIGINAL**

**SO STIPULATED and APPROVED:**

**OFFICE OF THE UNITED STATES ATTORNEY**
Attorneys for Plaintiff *UNITED STATES OF AMERICA*

BY: _____
KARON V. JOHNSON, ESQ.

**BERMAN O'CONNOR & MANN**
Attorneys for Defendant
**WEN YUEH LU**

BY: _____
DANIEL J. BERMAN

**APPROVED AS TO FORM:**

**PRETRIAL SERVICES**
BY: _____
CARLEEN BORJA
Probation Officer

IT IS SO ORDERED and APPROVED:

DATED: _____

_____
HONORABLE JOAQUIN V.E. MANIBUSAN
U.S. Magistrate Judge

T.A.

E:\Jean\Plds\DJB\Chen Hsin Yu\stip & order.wpd