LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Agana, Guam 96910
Telephone: (671) 472-7332/7283
Telecopier: (671) 472-7334

Attorneys for United States of America

ORIGINAL

FILED
DISTRICT COURT OF GUAM

DEC 2 9 2006

MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | MAGISTRATE CASE NO. 06-00031 |
| Plaintiff, ) | |
| ) | **NOTICE OF MOTION** |
| vs. ) | |
| WEN YUEH LU, ) | |
| Defendant. ) | |

PLEASE TAKE NOTICE that on the 10th day of January, 2007, at the hour of 1:30 p.m., the United States will move this Honorable Court for an Order disqualifying Daniel J. Berman and the law firm Berman O'Connor & Mann, from any representation concerning the above-entitled matter.

Respectfully submitted this 29th day of December, 2006.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: KARON V. JOHNSON
Assistant U.S. Attorney