# ORIGINAL

1  Lu.mtncont

2  LEONARDO M. RAPADAS
   United States Attorney
3  KARON V. JOHNSON
   Assistant U.S. Attorney
4  Suite 500, Sirena Plaza
   108 Hernan Cortez Avenue
5  Agana, Guam 96910
   Telephone: (671) 472-7332/7283
6  Telecopier: (671) 472-7334

7  Attorneys for United States of America

**FILED**

DISTRICT COURT OF GUAM

JAN - 4 2007 mツ

MARY L.M. MORAN
CLERK OF COURT

8

9  ## IN THE UNITED STATES DISTRICT COURT

   ## FOR THE DISTRICT OF GUAM

10

11  UNITED STATES OF AMERICA,          )      MAGISTRATE CASE NO. 06-00031
                                       )
12            Plaintiff,               )      **GOVERNMENT'S MOTION TO**
                                       )      **CONTINUE HEARING FOR**
13        vs.                          )      **ONE DAY**
                                       )
14  WEN YUEH LU,                       )
                                       )
15            Defendant.               )
    _____)

16

17         COMES NOW the United States of America, by and through undersigned counsel, and

18  moves this Honorable Court to continue the hearing in this matter, currently scheduled for

19  January 10, 2007, at 1:30 p.m., to January 11, 2007, at 1:30 p.m. The government makes this

20  motion because government counsel is scheduled to appear for oral argument before the Ninth

21  Circuit in San Francisco on Monday, January 8, 2007, on the consolidated Cabaccang appeals,

22  C.A. 05-10352, 05-10353 and 05-10354. The government's appeals paralegal has confirmed

23  with the Ninth Circuit that oral argument in these matters will proceed. Because there is only

24  one flight per day into Guam, counsel will not be able to return to Guam until Wednesday

25  //

26  //

27  //

28  //

evening, January 10th. Accordingly, the government requests that this hearing be continued until Thursday, January 11th.

RESPECTFULLY SUBMITTED this _4th_ day of January, 2007.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: ~~Frederick A. Black~~ for K.V.
KARON V. JOHNSON
Assistant U.S. Attorney

Counsel for the defendant do not oppose this motion, with the understanding that the defendant does not waive his Speedy Trial rights.

DATE: 1/4/07

MARK S. SMITH

DATE: 1/11/07

DANIEL J. BERMAN

-2-