# United States District Court, District of Guam
# DIGITAL AUDIO RECORDING ORDER

Read Instructions on Back  (FOR PROCEEDINGS ON OR AFTER AUGUST 1, 2002)

| 1. NAME Catherine Bejerana Camacho, Berman O'Connor & Mann | 2. PHONE NUMBER 477-2778 | 3. DATE 1/5/07 | |
|---|---|---|---|
| 4. MAILING ADDRESS Suite 503, BOC Building | 5. CITY Hagatna | 6. STATE Guam | 7. ZIP CODE 96932 |
| 8. CASE NUMBER 06-00031 | 9. CASE NAME USA v. Wen Yueh Lu | DATES OF PROCEEDINGS | |
| | | 10. FROM 12/9/06 | 11. TO 12/9/06 |
| 12. PRESIDING JUDICIAL OFFICIAL Magistrate Manibusan | | LOCATION OF PROCEEDINGS | |
| | | 13. CITY Agana | 14. STATE Guam |

## 15. ORDER FOR
- [ ] APPEAL
- [x] CRIMINAL
- [ ] CRIMINAL JUSTICE ACT
- [ ] BANKRUPTCY
- [x] NON-APPEAL
- [ ] CIVIL
- [ ] IN FORMA PAUPERIS
- [ ] OTHER (Specify)

16. CD REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which duplicate CD(s) are requested.) ALL

**FILED DISTRICT COURT OF GUAM JAN - 5 2007 MARY L.M. MORAN CLERK OF COURT**

| PORTION(S) | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [ ] TESTIMONY (Specify Witness) | |
| [ ] OPENING STATEMENT (Plaintiff) | | | |
| [ ] OPENING STATEMENT (Defendant) | | | |
| [ ] CLOSING ARGUMENT (Plaintiff) | | [ ] PRE-TRIAL PROCEEDING (Spcy) | |
| [ ] CLOSING ARGUMENT (Defendant) | | | |
| [ ] OPINION OF COURT | | | |
| [ ] JURY INSTRUCTIONS | | [x] OTHER (Specify) | INITIAL APPEARANCE 12/9/06 |
| [ ] SENTENCING | | | |
| [ ] BAIL HEARING | | | |

## 17. ORDER

| | NO. CDs | NO. COPIES | COSTS |
|---|---|---|---|
| [ ] CD - FTR Gold Format. This format must be played using FTR Player Plus™ software, which will be included on the CD. This software allows the listener to navigate through the recording using time references from the actual proceeding. | | | |
| [x] Audio CD Format - This format will play in any CD player. This format is limited to an hour or less. | | | |
| [ ] Windows Audio Format - (wma) This format will play using Windows Media Player™ software, as well as other 3rd party software. | | | |
| CERTIFICATION (18. & 19.) By signing below, I certify that I will pay all charges (deposit plus additional) upon completion of the order. | ESTIMATE TOTAL | | |
| 18. SIGNATURE [signature] PROCESSED BY | 19. DATE 1/5/07 PHONE NUMBER | | |

| ORDER RECEIVED | DATE 1-5-07 | BY nba | DEPOSIT PAID | |
| DEPOSIT PAID | 1-5-07 | nba | TOTAL CHARGES | |
| CD DUPLICATED | | | LESS DEPOSIT | |
| ORDERING PARTY NOTIFIED TO PICK UP CD | | | TOTAL REFUNDED | |
| PARTY RECEIVED CD | | | TOTAL DUE | |

Case 1:06-mj-00031    Document 22    Filed 01/05/2007    Page 1 of 2

# INSTRUCTIONS
## GENERAL

**Use.** Use this form to order duplicate CDs of proceedings. Complete a separate order form for each case number for which CDs are ordered.

**Completion.** Complete Items 1-19. Do *not* complete shaded areas which are reserved for the court's use.

**Order Copy.** Keep a copy for your records.

**Mailing or Delivering to the Court.** Mail or deliver two copies to the Office of the Clerk of Court.

**Deposit Fee.** For orders of 20 or more CDs, the court will notify you of the amount of the required deposit fee which may be mailed or delivered to the court. Upon receipt of the deposit, the court will process the order.

**Delivery Time.** The delivery time is computed from the date of receipt of the deposit fee (if requested, otherwise computed from the court's receipt date), and is normally the next business day for orders requiring only one CD.

**Completion of Order.** The court will notify you when the CDs are completed.

**Balance Due.** If the deposit fee was insufficient to cover all charges, the court will notify you of the balance due which must be paid prior to receiving the completed order.

## SPECIFIC

Items 1-19. These items should always be completed.

Item 8. Only one case number may be listed per order.

Item 15. Place an "X" in each box that applies.

Item 16. Check specific portion(s) and list specific date(s) of the proceedings for which a copy is requested.

Item 17. Place an "X" in each box that applies. Indicate the number of additional copies ordered.

Item 18. Sign in this space to certify that you will pay all charges upon completion of the order. (This includes the deposit plus any additional charges.)

Item 19. Enter the date of signing.

Shaded Area. Reserved for the court's use.