THE LAW OFFICES OF MARK S. SMITH
456 West O'Brien Drive, Suite 102-D
Hagatna, Guam 96910
Telephone: (671) 477-6631/32
Facsimile: (670) 477-8831

Attorney for Defendant,
*Wen Yueh Lu*

FILED
DISTRICT COURT OF GUAM
JAN -9 2007 mba
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT

# FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> WEN YUEH LU ) <br> ) <br> Defendant. ) <br> ) | MAGISTRATE CASE NO.: 06-00031 <br><br><br> CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT on the 9th day of January, 2007, the Declaration of Mark S. Smith as to the above-mentioned matter was served via hand delivery to the following:

Karon V. Johnson, Esq.
Office of the United States Attorney
108 Hernan Cortez Avenue, Suite 500
Hagatna, Guam 96910

Dated: 1/9/07

JENNIFER C. BAUTISTA

Wen.Yueh.Lu
Notice.of.Appearance

Page 1 of 1