[Public Notice 526]
## FISHERY CONSERVATION ZONE
### Notice of Limits

The Fishery Conservation and Management Act of 1976 establishes a fishery conservation zone contiguous to the territorial sea of the United States, effective March 1, 1977, the outer boundary of which is a line drawn in such a manner that each point on it is 200 nautical miles from the baselines from which the breadth of the territorial sea is measured.

The Government of the United States of America has been, is, and will be, engaged in consultations and negotiations with the governments of neighboring countries concerning the delimitation of areas subject to the respective jurisdiction of the United States and of these countries.

The limits of the fishery conservation zone of the United States as set forth below are intended to be without prejudice to any negotiations with these countries or to any positions which may have been or may be adopted respecting the limits of maritime jurisdiction in such areas.

Therefore, the Department of State on behalf of the Government of the United States of America hereby announces the limits of the fishery conservation zone of the United States of America, within which the United States will exercise its exclusive fishery management authority as set forth in the Fishery Conservation and Management Act of 1976, pending the establishment of permanent maritime boundaries by mutual agreement.

Publication of a notice on this subject which is effective immediately upon publication is necessary to effectively exercise the foreign affairs responsibility of the Department of State. (See Title 5, U.S.C., 553 (a)(1) and (b)(B)).

The North American coordinates in this notice relate to the Clarke 1866 Ellipsoid and the North American 1927 datum for the contiguous United States.

Straight line in this notice means a geodetic line.

### U.S. ATLANTIC COAST AND GULF OF MEXICO

In the Gulf of Main area the limit of the fishery conservation zone shall be determined by straight lines connecting the following coordinates:

1. 44°46′35.346″ N., 66°54′11.253″ W.
2. 44°44′41″ N., 66°56′17″ W.
3. 44°43′56″ N., 66°56′26″ W.
4. 44°39′18″ N., 66°57′29″ W.
5. 44°36′58″ N., 67°00′36″ W.
6. 44°33′27″ N., 67°02′57″ W.
7. 44°30′38″ N., 67°02′38″ W.
8. 44°29′03″ N., 67°03′42″ W.
9. 44°25′27″ N., 67°02′16″ W.
10. 44°21′43″ N., 67°02′33″ W.
11. 44°14′06″ N., 67°08′38″ W.
12. 44°07′42″ N., 67°26′30″ W.
13. 43°32′00″ N., 67°50′00″ W.
14. 43°23′00″ N., 67°46′00″ W.
15. 42°27′30″ N., 67°06′00″ W.
16. 42°23′42″ N., 66°21′36″ W.
17. 42°00′00″ N., 65°40′00″ W.
18. 41°29′18.07″ N., 65°06′11.94″ W.

Between point 18 and 19 the limit of the fishery conservation zone is 200 nautical miles seaward from the baseline from which the territorial sea is measured.

In the area of the Blake Plateau, the Straits of Florida and the Eastern Gulf of Mexico, the limit of the fishery conservation zone shall be determined by straight lines connecting the following coordinates:

19. 28°17′10″ N., 76°36′45″ W.
20. 28°17′10″ N., 79°11′24″ W.
21. 27°52′54″ N., 79°28′30″ W.
22. 27°26′00″ N., 79°31′38″ W.
23. 27°16′12″ N., 79°34′18″ W.
24. 27°11′53″ N., 79°34′56″ W.
25. 27°05′58″ N., 79°35′19″ W.
26. 27°00′27″ N., 79°35′17″ W.
27. 26°55′15″ N., 79°34′39″ W.
28. 26°53′57″ N., 79°34′27″ W.
29. 26°45′45″ N., 79°32′41″ W.
30. 26°44′29″ N., 79°32′23″ W.
31. 26°43′39″ N., 79°32′20″ W.
32. 26°41′11″ N., 79°32′01″ W.
33. 26°38′12″ N., 79°31′33″ W.
34. 26°36′29″ N., 79°31′07″ W.
35. 26°35′20″ N., 79°30′50″ W.
36. 26°34′50″ N., 79°30′40″ W.
37. 26°34′10″ N., 79°30′38″ W.
38. 26°31′11″ N., 79°30′15″ W.
39. 26°29′04″ N., 79°29′53″ W.
40. 26°25′30″ N., 79°29′58″ W.
41. 26°23′28″ N., 79°29′55″ W.
42. 26°23′20″ N., 79°29′54″ W.
43. 26°18′56″ N., 79°31′55″ W.
44. 26°15′25″ N., 79°33′17″ W.
45. 26°15′12″ N., 79°33′23″ W.
46. 26°08′08″ N., 79°35′53″ W.
47. 26°07′46″ N., 79°36′09″ W.
48. 26°06′58″ N., 79°36′35″ W.
49. 26°02′51″ N., 79°38′22″ W.
50. 25°59′29″ N., 79°40′03″ W.
51. 25°59′15″ N., 79°40′08″ W.
52. 25°57′47″ N., 79°40′38″ W.
53. 25°56′17″ N., 79°41′00″ W.
54. 25°54′03″ N., 79°41′38″ W.
55. 25°53′23″ N., 79°41′46″ W.
56. 25°51′53″ N., 79°41′59″ W.
57. 25°49′32″ N., 79°42′16″ W.
58. 25°48′23″ N., 79°42′23″ W.
59. 25°48′19″ N., 79°42′24″ W.
60. 25°46′25″ N., 79°42′44″ W.
61. 25°46′15″ N., 79°42′45″ W.
62. 25°43′39″ N., 79°42′59″ W.
63. 25°42′30″ N., 79°42′48″ W.
64. 25°40′36″ N., 79°42′27″ W.
65. 25°37′23″ N., 79°42′27″ W.
66. 25°37′07″ N., 79°42′27″ W.
67. 25°31′02″ N., 79°43′12″ W.
68. 25°27′58″ N., 79°42′11″ W.
69. 25°24′03″ N., 79°42′12″ W.
70. 25°22′20″ N., 79°42′20″ W.
71. 25°21′28″ N., 79°42′08″ W.
72. 25°16′51″ N., 79°41′24″ W.
73. 25°15′56″ N., 79°41′31″ W.
74. 25°10′38″ N., 79°41′31″ W.
75. 25°09′50″ N., 79°41′38″ W.
76. 25°09′02″ N., 79°41′45″ W.
77. 25°03′53″ N., 79°42′30″ W.
78. 25°02′58″ N., 79°42′57″ W.
79. 25°00′28″ N., 79°44′00″ W.
80. 24°59′01″ N., 79°44′49″ W.
81. 24°55′20″ N., 79°45′58″ W.
82. 24°44′16″ N., 79°49′25″ W.
83. 24°43′02″ N., 79°49′39″ W.
84. 24°42′34″ N., 79°50′51″ W.
85. 24°41′45″ N., 79°52′58″ W.
86. 24°38′30″ N., 79°59′59″ W.
87. 24°36′25″ N., 80°03′52″ W.
88. 24°33′16″ N., 80°12′44″ W.
89. 24°33′03″ N., 80°13′22″ W.
90. 24°32′11″ N., 80°15′17″ W.
91. 24°31′25″ N., 80°16′50″ W.
92. 24°30′55″ N., 80°17′48″ W.
93. 24°30′12″ N., 80°19′22″ W.
94. 24°30′04″ N., 80°19′45″ W.
95. 24°29′36″ N., 80°21′06″ W.
96. 24°28′10″ N., 80°24′36″ W.
97. 24°28′04″ N., 80°25′11″ W.
98. 24°27′21″ N., 80°27′21″ W.
99. 24°26′28″ N., 80°29′31″ W.
100. 24°25′05″ N., 80°32′23″ W.
101. 24°23′28″ N., 80°36′10″ W.
102. 24°22′31″ N., 80°38′57″ W.
103. 24°22′05″ N., 80°39′52″ W.
104. 24°19′29″ N., 80°45′22″ W.
105. 24°19′14″ N., 80°45′48″ W.
106. 24°18′36″ N., 80°46′50″ W.
107. 24°18′33″ N., 80°46′55″ W.
108. 24°03′49″ N., 80°59′48″ W.
109. 24°09′46″ N., 80°59′52″ W.
110. 24°08′56″ N., 81°01′03″ W.
111. 24°03′28″ N., 81°01′52″ W.
112. 24°03′24″ N., 81°01′58″ W.
113. 24°07′26″ N., 81°03′07″ W.
114. 24°02′18″ N., 81°03′06″ W.
115. 23°59′58″ N., 81°11′16″ W.
116. 23°56′24″ N., 81°13′27″ W.
117. 23°55′00″ N., 81°16′41″ W.
118. 23°51′50″ N., 81°25′03″ W.
119. 23°50′37″ N., 81°28′12″ W.
120. 23°49′50″ N., 81°30′08″ W.
121. 23°49′41″ N., 81°30′29″ W.
122. 23°49′33″ N., 81°32′33″ W.
123. 23°49′22″ N., 81°35′11″ W.
124. 23°49′06″ N., 81°38′57″ W.
125. 23°49′05″ N., 81°39′21″ W.
126. 23°48′22″ N., 81°46′48″ W.
127. 23°48′24″ N., 81°47′02″ W.
128. 23°48′28″ N., 81°47′53″ W.
129. 23°48′48″ N., 81°54′30″ W.
130. 23°49′44″ N., 82°08′01″ W.
131. 23°49′50″ N., 82°09′06″ W.
132. 23°51′29″ N., 82°17′58″ W.
133. 23°51′35″ N., 82°18′31″ W.
134. 23°52′21″ N., 82°21′53″ W.
135. 23°52′28″ N., 82°23′33″ W.
136. 23°53′17″ N., 82°33′15″ W.
137. 23°53′30″ N., 82°35′32″ W.
138. 23°53′20″ N., 83°36′04″ W.
139. 23°49′25″ N., 82°50′01″ W.
140. 23°49′13″ N., 82°50′46″ W.
141. 23°49′08″ N., 82°52′46″ W.
142. 23°49′06″ N., 82°54′21″ W.
143. 23°49′08″ N., 82°58′41″ W.
144. 23°49′08″ N., 82°58′46″ W.
145. 23°49′30″ N., 83°07′00″ W.
146. 23°49′42″ N., 83°03′13″ W.
147. 23°49′53″ N., 83°11′09″ W.
148. 23°49′53″ N., 83°11′10″ W.
149. 23°50′02″ N., 83°12′10″ W.
150. 23°51′11″ N., 83°20′13″ W.
151. 23°52′43″ N., 83°31′09″ W.
152. 23°54′12″ N., 83°39′45″ W.
153. 23°56′09″ N., 83°48′16″ W.
154. 23°56′11″ N., 83°48′23″ W.
155. 23°58′20″ N., 83°55′52″ W.
156. 24°03′18″ N., 84°11′20″ W.
157. 24°10′22″ N., 84°29′19″ W.
158. 24°12′56″ N., 84°35′44″ W.
159. 24°14′17″ N., 84°38′37″ W.
160. 24°40′23″ N., 85°31′20″ W.
161. 24°51′50″ N., 85°53′45″ W.
162. 25°10′29″ N., 86°27′25″ W.
163. 25°13′03″ N., 86°32′08″ W.

Between point 163 and point 164 the limit of the fishery conservation zone is 200 nautical miles seaward from the baseline from which the territorial sea is measured.

In the area of the Central Gulf of Mexico, the limit of the fishery conservation zone shall be determined by straight lines connecting the following coordinates:

164. 25°41′56.52″ N., 88°23′05.54″ W.
165. 25°46′52.00″ N., 90°29′41.00″ W.
166. 25°43′13.05″ N., 91°05′24.89″ W.

Between point 166 and point 167, the limit of the fishery conservation zone is 200 nautical miles seaward from the baseline from which the territorial sea is measured.

HeinOnline -- 42 Fed. Reg. 12937 1977

EXHIBIT "3"

Case 1:06-mj-00031    Document 27-3    Filed 01/11/2007    Page 2 of 15

In the area of the western Gulf of Mexico, the limit of the fishery conservation zone shall be determined by straight lines connecting the following coordinates:[3]

167. 25°59'48.28" N., 93°26'42.19" W.
168. 26°00'30" N., 95°39'26" W.
169. 26°00'31" N., 96°48'29" W.
170. 25°58'30.57" N., 96°55'27.37" W.

From point 170, the limit of the fishery conservation zone shall follow the line established by the United States of America and the United Mexican States in Article V(A) and annexes of the Treaty to Resolve Pending Boundary Differences and Maintain the Rio Grande and Colorado River as the International Boundary, signed at Mexico City, November 23, 1970.

U.S. PACIFIC COAST (WASHINGTON, OREGON AND CALIFORNIA)

In the area seaward of the Strait of Juan de Fuca[1] the limit of the fishery conservation zone shall be determined by straight lines connecting the following coordinates:

1. 48°29'37.19" N., 124°43'33.19" W.
2. 48°30'11" N., 124°47'13" W.
3. 48°30'22" N., 124°50'21" W.
4. 48°30'14" N., 124°54'52" W.
5. 48°29'57" N., 124°59'14" W.
6. 48°29'44" N., 125°00'06" W.
7. 48°28'09" N., 125°05'47" W.
8. 48°27'10" N., 125°08'25" W.
9. 48°23'47" N., 125°09'12" W.
10. 48°20'16" N., 125°22'48" W.
11. 48°18'22" N., 125°29'58" W.
12. 48°11'05" N., 125°53'48" W.
13. 47°49'15" N., 126°40'57" W.
14. 47°36'47" N., 127°11'58" W.
15. 47°22'00" N., 127°41'23" W.
16. 46°42'05" N., 128°51'56" W.
17. 46°31'47" N., 129°07'39" W.

Between point 17 and 18 the limit of the fishery conservation zone is 200 nautical miles seaward from the baseline from which the breadth of the territorial sea is measured.

In the area of the Southern California coast[3] the limit of the fishery conservation zone shall be determined by a series of straight lines connecting the following coordinates:

18. 30°32'31.20" N., 121°51'58.37" W.
19. 31°07'58" N., 118°36'18" W.
20. 32°37'37" N., 117°49'31" W.
21. 32°35'22.11" N., 117°27'49.42" W.

From point 21 the limit of the fishery conservation zone shall follow the line established by the United States of America and the United Mexican States in Article V(B) and annexes of the Treaty to Resolve Pending Boundary Differences and Maintain the Rio Grande and Colorado River as the International Boundary, signed at Mexico City, November 23, 1970.

ALASKA

Off the coast of Alaska, in the area of the Beaufort Sea,[1] the eastern limit of the fishery conservation zone shall be determined by straight lines connecting the following coordinates:

1. 69°38'48.88" N., 140°59'52.57" W.
2. 69°38'52" N., 140°59'51" W.
3. 69°39'37" N., 140°59'01" W.
4. 69°40'10" N., 140°58'34" W.
5. 69°41'30" N., 140°57'00" W.
6. 69°46'25" N., 140°49'45" W.
7. 69°47'54" N., 140°47'07" W.
8. 69°51'40" N., 140°42'37" W.
9. 70°09'26" N., 140°19'22" W.
10. 70°11'30" N., 140°18'09" W.
11. 70°29'07" N., 140°09'51" W.
12. 70°29'19" N., 140°09'45" W.
13. 70°37'31" N., 140°02'47" W.
14. 70°48'25" N., 139°52'31" W.
15. 70°58'02" N., 139°47'16" W.
16. 71°01'15" N., 139°44'24" W.
17. 71°11'58" N., 139°33'58" W.
18. 71°23'10" N., 139°21'46" W.
19. 72°12'18" N., 138°28'19" W.
20. 72°45'39" N., 137°39'02" W.
21. 72°56'49" N., 137°34'08" W.

Between point 21 and point 22 at 72°46'53.00" N., 168°58'22.587" W., the limit of the fishery conservation zone is 200 nautical miles seaward from the baseline from which the territorial sea is measured.

From point 22, the limit of the fishery conservation zone extends southerly along the line set forth in the Convention signed at Washington, March 30, 1867, until point 23 at 60°36'53" N., 179°52'54" W., is reached.

From point 23 to point 24 at 56°19'03" N., 173°25'24" E., the limit of the fishery conservation zone is 200 nautical miles seaward from the baseline from which the territorial sea is measured.

From point 24, the limit of the fishery conservation zone extends southerly along the line set forth in the Convention signed at Washington, March 30, 1867, until point 25 at 51°18'15" N., 167°42'30" E., is reached.

From point 25 to point 26, the limit of the fishery conservation zone is 200 nautical miles from the baseline from which the breadth of the territorial sea is measured.

From point 26, the southern limit of the fishery conservation zone off the coast of Alaska[1] shall be determined by straight lines connecting the following coordinates:

26. 53°28'27" N., 138°45'20" W.
27. 54°00'01" N., 135°45'57" W.
28. 54°07'30" N., 134°58'24" W.
29. 54°12'45" N., 134°25'03" W.
30. 54°12'57" N., 134°23'47" W.
31. 54°15'40" N., 134°10'23" W.
32. 54°20'33" N., 133°49'21" W.
33. 54°22'01" N., 133°44'24" W.
34. 54°30'06" N., 133°16'58" W.
35. 54°31'02" N., 133°14'00" W.
36. 54°30'42" N., 133°11'28" W.
37. 54°30'10" N., 133°07'43" W.
38. 54°30'03" N., 133°07'00" W.
39. 54°28'32" N., 132°56'28" W.
40. 54°28'25" N., 132°55'54" W.
41. 54°27'23" N., 132°50'42" W.
42. 54°27'07" N., 132°49'35" W.
43. 54°26'00" N., 132°44'12" W.
44. 54°24'54" N., 132°39'46" W.
45. 54°24'34" N., 132°38'16" W.
46. 54°24'39" N., 132°26'51" W.
47. 54°24'41" N., 132°24'35" W.
48. 54°24'41" N., 132°24'29" W.
49. 54°24'52" N., 132°23'39" W.
50. 54°21'51" N., 132°02'54" W.
51. 54°26'41" N., 131°49'28" W.
52. 54°28'18" N., 131°45'20" W.
53. 54°30'32" N., 131°38'01" W.
54. 54°29'53" N., 131°33'48" W.
55. 54°36'53" N., 131°19'22 W.
56. 54°39'09" N., 131°18'17" W.
57. 54°40'52" N., 131°19'54" W.
58. 54°42'11" N., 131°13'00" W.
59. 54°46'16" N., 131°04'43" W.
60. 54°45'39" N., 131°03'06" W.
61. 54°44'12" N., 130°59'44" W.
62. 54°43'46" N., 130°58'55" W.
63. 54°43'00" N., 130°57'41" W.
64. 54°42'34" N., 130°57'09" W.
65. 54°42'27" N., 130°56'18" W.
66. 54°41'26" N., 130°53'39" W.
67. 54°41'21" N., 130°53'18" W.
68. 54°41'05" N., 130°49'17" W.
69. 54°41'06" N., 130°48'31" W.
70. 54°40'46" N., 130°45'51" W.
71. 54°40'41" N., 130°44'59" W.
72. 54°40'42" N., 130°44'43" W.
73. 54°40'03" N., 130°42'22" W.
74. 54°39'48" N., 130°41'35" W.
75. 54°39'14" N., 130°39'18" W.
76. 54°39'54" N., 130°38'58" W.
77. 54°41'09" N., 130°38'58" W.
78. 54°42'22" N., 130°38'26" W.
79. 54°42'47" N., 130°38'06" W.
80. 54°42'58" N., 130°37'57" W.
81. 54°43'00" N., 130°37'55" W.
82. 54°43'15" N., 130°37'44" W.
83. 54°43'24" N., 130°37'39" W.
84. 54°43'30.15" N., 130°37'37.01" W.

THE CARIBBEAN SEA

Commonwealth of Puerto Rico and the Virgin Islands of the United States: The seaward limit of the fishery conservation zone around the Commonwealth of Puerto Rico and the Virgin Islands of the United States is a line 200 nautical miles from the baseline from which the breadth of the territorial sea is measured, except that to the west, south, and east, the limit of the fishery conservation zone shall be determined by straight lines connecting the following coordinates:

1. 21°48'41" N., 65°50'02" W.
2. 21°44'37" N., 65°49'10" W.
3. 20°41'49" N., 65°36'51" W.
4. 20°27'10" N., 65°33'41" W.
5. 20°18'44" N., 65°31'51" W.
6. 19°57'59" N., 65°27'17" W.
7. 19°38'16" N., 65°21'00" W.
8. 19°13'24" N., 65°06'20" W.
9. 18°41'12" N., 64°59'30" W.
10. 18°33'36" N., 64°55'50" W.
11. 18°29'25" N., 64°53'53" W.
12. 18°27'53" N., 64°53'20" W.
13. 18°26'15" N., 64°52'58" W.
14. 18°25'47" N., 64°53'49" W.
15. 18°25'23" N., 64°53'42" W.
16. 18°24'31" N., 64°53'23" W.
17. 18°24'30" N., 64°53'22" W.
18. 18°24'07" N., 64°53'03" W.
19. 18°23'55" N., 64°51'54" W.
20. 18°23'50" N., 64°51'40" W.
21. 18°23'46" N., 64°50'32" W.
22. 18°23'47" N., 64°50'25" W.
23. 18°23'53" N., 64°49'45" W.
24. 18°24'13" N., 64°49'10" W.
25. 18°24'19" N., 64°49'00" W.
26. 18°24'25" N., 64°48'36" W.
27. 18°24'31" N., 64°48'17" W.
28. 18°24'37" N., 64°48'01" W.
29. 18°24'23" N., 64°47'04" W.
30. 18°23'21" N., 64°46'41" W.
31. 18°23'20" N., 64°46'40" W.
32. 18°23'08" N., 64°46'14" W.
33. 18°23'02" N., 64°46'03" W.
34. 18°22'46" N., 64°45'22" W.
35. 18°22'47" N., 64°45'16" W.
36. 18°22'48" N., 64°45'05" W.
37. 18°22'49" N., 64°45'02" W.
38. 18°22'48" N., 64°44'50" W.
39. 18°22'50" N., 64°44'48" W.
40. 18°22'49" N., 64°44'39" W.
41. 18°22'50" N., 64°44'37" W.
42. 18°22'46" N., 64°44'26" W.
43. 18°22'44" N., 64°44'23" W.
44. 18°22'43" N., 64°44'10" W.
45. 18°22'46" N., 64°44'01" W.
46. 18°22'48" N., 64°43'45" W.
47. 18°22'40" N., 64°43'38" W.
48. 18°22'38" N., 64°43'36" W.
49. 18°22'38" N., 64°43'20" W.
50. 18°22'37" N., 64°43'25" W.
51. 18°22'33" N., 64°43'04" W.
52. 18°22'34" N., 64°43'00" W.
53. 18°22'34" N., 64°42'50" W.
54. 18°22'33" N., 64°42'38" W.
55. 18°22'34" N., 64°42'32" W.
56. 18°22'31" N., 64°42'20" W.
57. 18°22'30" N., 64°42'14" W.
58. 18°22'26" N., 64°42'05" W.
59. 18°22'24" N., 64°42'02" W.
60. 18°22'24" N., 64°41'49" W.
61. 18°22'28" N., 64°41'24" W.
62. 18°22'31" N., 64°41'00" W.
63. 18°23'32" N., 64°40'57" W.
64. 18°22'24" N., 64°40'47" W.
65. 18°22'13" N., 64°40'32" W.
66. 18°22'10" N., 64°40'27" W.
67. 18°22'06" N., 64°40'12" W.
68. 18°22'05" N., 64°40'04" W.
69. 18°22'05" N., 64°39'50" W.
70. 18°22'01" N., 64°39'25" W.

HeinOnline -- 42 Fed. Reg. 12938 1977

Case 1:06-mj-00031   Document 27-3   Filed 01/11/2007   Page 3 of 15

71. 18°22'01" N., 64°39'21" W.
72. 18°22'02" N., 64°39'03" W.
73. 18°21'59" N., 64°38'28" W.
74. 18°21'59" N., 64°38'25" W.
75. 18°21'28" N., 64°38'20" W.
76. 18°21'23" N., 64°38'21" W.
77. 18°20'46" N., 64°38'36" W.
78. 18°20'44" N., 64°38'35" W.
79. 18°20'10" N., 64°38'28" W.
80. 18°19'29" N., 64°38'19" W.
81. 18°19'21" N., 64°38'15" W.
82. 18°19'12" N., 64°38'18" W.
83. 18°17'48" N., 64°39'21" W.
84. 18°17'18" N., 64°39'46" W.
85. 18°16'13" N., 64°39'39" W.
86. 18°04'26" N., 64°38'14" W.
87. 18°03'06" N., 64°38'05" W.
88. 18°03'04" N., 64°34'22" W.
89. 18°03'03" N., 64°33'44" W.
90. 18°03'01" N., 64°30'56" W.
91. 18°03'01" N., 64°29'05" W.
92. 18°02'55" N., 64°26'30" W.
93. 18°02'37" N., 64°22'20" W.
94. 18°02'37" N., 64°20'34" W.
95. 18°02'37" N., 64°19'58" W.
96. 18°01'38" N., 64°11'59" W.
97. 18°00'48" N., 64°06'02" W.
98. 18°00'29" N., 64°03'43" W.
99. 17°59'20" N., 63°56'37" W.
100. 17°58'53" N., 63°54'22" W.
101. 17°56'35" N., 63°53'22" W.
102. 17°39'48" N., 63°54'54" W.
103. 17°37'15" N., 63°55'11" W.
104. 17°30'28" N., 63°55'57" W.
105. 17°11'43" N., 63°58'00" W.
106. 17°05'07" N., 63°58'42" W.
107. 16°45'47" N., 64°00'49" W.
108. 16°43'22" N., 64°06'31" W.
109. 16°43'10" N., 64°06'59" W.
110. 16°42'40" N., 64°08'06" W.
111. 16°41'43" N., 64°10'07" W.
112. 16°35'19" N., 64°23'39" W.
113. 16°23'30" N., 64°45'54" W.
114. 15°39'31" N., 65°58'41" W.
115. 15°30'10" N., 66°07'09" W.
116. 15°14'06" N., 66°19'57" W.
117. 14°55'48" N., 66°34'30" W.
118. 14°56'06" N., 66°51'40" W.
119. 14°58'27" N., 67°04'19" W.
120. 14°58'45" N., 67°05'17" W.
121. 14°58'58" N., 67°06'11" W.
122. 14°59'10" N., 67°07'00" W.
123. 15°02'32" N., 67°23'40" W.
124. 15°05'07" N., 67°36'23" W.
125. 15°10'38" N., 68°03'46" W.
126. 15°11'06" N., 68°09'21" W.
127. 15°12'33" N., 68°27'32" W.
128. 15°12'51" N., 68°28'56" W.
129. 15°46'46" N., 68°26'04" W.
130. 17°21'30" N., 68°17'53" W.
131. 17°38'01" N., 68°16'45" W.
132. 17°50'24" N., 68°16'11" W.
133. 17°58'07" N., 68°15'52" W.
134. 18°02'28" N., 68°15'40" W.
135. 18°06'10" N., 68°15'27" W.
136. 18°07'27" N., 68°15'33" W.
137. 18°09'12" N., 68°14'53" W.
138. 18°17'06" N., 68°11'28" W.
139. 18°19'20" N., 68°09'40" W.
140. 18°22'42" N., 68°06'57" W.
141. 18°24'39" N., 68°04'58" W.
142. 18°25'25" N., 68°04'09" W.
143. 18°28'08" N., 68°00'59" W.
144. 18°31'27" N., 67°56'57" W.
145. 19°32'58" N., 67°55'07" W.
146. 18°34'34" N., 67°52'53" W.
147. 18°54'37" N., 67°46'21" W.
148. 19°00'42" N., 67°44'25" W.
149. 19°10'00" N., 67°41'24" W.
150. 19°19'03" N., 67°38'19" W.
151. 19°21'20" N., 67°38'01" W.
152. 19°59'45" N., 67°31'52" W.
153. 20°00'59" N., 67°31'35" W.
154. 20°01'17" N., 67°31'29" W.
155. 20°02'49" N., 67°31'04" W.
156. 20°03'30" N., 67°30'52" W.
157. 20°09'28" N., 67°29'11" W.
158. 20°48'18" N., 67°17'50" W.
159. 21°22'43" N., 67°03'34" W.
160. 21°30'18" N., 66°59'05" W.
161. 21°33'47" N., 66°57'30" W.
162. 21°51'24" N., 66°49'30" W.

*Navassa Island.* The limits of the fishery conservation zone around Navassa Island remain to be determined.

CENTRAL AND WESTERN PACIFIC[4]

*Hawaii and Midway Island.* The seaward limit of the fishery conservation zone is 200 nautical miles from the baseline from which the territorial sea is measured.

*American Samoa.* The seaward limit of the fishery conservation zone shall be determined by straight lines connecting the following points:

1. 11°01'21" S., 173°46'15" W.
2. 11°03'28" S., 173°44'37" W.
3. 11°22'08" S., 173°15'50" W.
4. 11°26'56" S., 173°08'46" W.
5. 11°40'49" S., 172°48'17" W.
6. 11°53'57" S., 172°23'09" W.
7. 11°54'06" S., 172°23'53" W.
8. 12°05'27" S., 172°00'55" W.
9. 12°13'49" S., 171°44'47" W.
10. 12°14'01" S., 171°44'25" W.
11. 12°17'36" S., 171°37'14" W.
12. 12°23'34" S., 171°25'18" W.
13. 12°27'27" S., 171°17'25" W.
14. 12°29'47" S., 171°08'24" W.
15. 12°35'21" S., 170°36'20" W.
16. 12°38'11" S., 170°31'35" W.
17. 12°46'13" S., 170°30'44" W.
18. 13°09'05" S., 170°42'39" W.
19. 13°13'56" S., 170°44'20" W.
20. 13°50'40" S., 170°56'24" W.
21. 13°53'43" S., 170°57'57" W.
22. 13°54'30" S., 170°58'20" W.
23. 13°58'54" S., 170°59'34" W.
24. 14°03'05" S., 171°02'53" W.
25. 14°03'27" S., 171°03'05" W.
26. 14°03'28" S., 171°03'06" W.
27. 14°06'18" S., 171°04'48" W.
28. 14°27'02" S., 171°14'46" W.
29. 14°46'46" S., 171°24'21" W.
30. 15°01'58" S., 171°31'37" W.
31. 15°14'19" S., 171°37'37" W.
32. 15°50'12" S., 171°50'44" W.
33. 15°50'48" S., 171°50'23" W.
34. 15°58'20" S., 171°46'06" W.
35. 16°04'47" S., 171°42'37" W.
36. 16°13'29" S., 171°37'41" W.
37. 16°49'33" S., 171°17'03" W.
38. 16°48'46" S., 171°12'29" W.
39. 16°39'17" S., 170°19'09" W.
40. 16°34'58" S., 169°55'59" W.
41. 16°37'36" S., 169°19'12" W.
42. 16°37'55" S., 169°18'19" W.
43. 16°56'20" S., 168°20'45" W.
44. 17°31'45" S., 166°42'07" W.
45. 17°30'42" S., 166°41'17" W.
46. 15°36'59" S., 163°12'33" W.
47. 14°51'29" S., 165°24'22" W.
48. 14°38'39" S., 165°27'41" W.
49. 14°03'53" S., 165°36'57" W.
50. 14°00'54" S., 165°40'31" W.
51. 13°35'14" S., 166°10'05" W.
52. 13°24'33" S., 166°22'33" W.
53. 13°01'48" S., 166°48'11" W.
54. 12°47'51" S., 167°03'50" W.
55. 12°30'48" S., 167°23'09" W.

*Guam.* The seaward limit of the fishery conservation zone is 200 nautical miles from the baseline from which the breadth of the territorial sea is measured, except that to the north of Guam, the limit of the fishery conservation zone shall be determined by straight lines connecting the following points:

1. 15°43'28" N., 142°05'43" E.
2. 14°55'18" N., 143°15'29" E.
3. 14°47'43" N., 143°20'23" E.
4. 14°30'07" N., 143°51'50" E.
5. 14°11'10" N., 144°26'30" E.
6. 14°05'34" N., 144°36'47" E.
7. 13°57'14" N., 144°51'43" E.
8. 13°53'11" N., 144°59'19" E.
9. 13°51'18" N., 145°03'00" E.
10. 13°51'10" N., 145°03'05" E.
11. 13°51'00" N., 145°03'36" E.
12. 13°50'11" N., 145°06'15" E.
13. 13°49'15" N., 145°03'37" E.
14. 13°47'40" N., 145°12'31" E.
15. 13°46'00" N., 145°16'14" E.
16. 13°45'27" N., 145°17'23" E.
17. 13°41'18" N., 145°26'08" E.
18. 13°37'16" N., 145°34'33" E.
19. 13°36'23" N., 145°36'21" E.
20. 13°35'54" N., 145°37'14" E.
21. 13°16'24" N., 146°12'14" E.
22. 13°05'18" N., 146°32'02" E.
23. 13°00'17" N., 146°41'05" E.
24. 12°33'03" N., 147°29'57" E.
25. 12°14'34" N., 148°03'11" E.
26. 12°13'55" N., 148°04'31" E.

and, except that to the south of Guam, the limit of the fishery conservation zone shall be determined by straight lines connecting the following points:

27. 11°38'25" N., 147°44'42" E.
28. 11°36'53" N., 147°31'03" E.
29. 11°31'48" N., 146°55'19" E.
30. 11°27'15" N., 146°25'34" E.
31. 11°22'13" N., 145°52'36" E.
32. 11°17'31" N., 145°22'38" E.
33. 11°13'32" N., 144°57'26" E.
34. 11°13'23" N., 144°56'29" E.
35. 10°57'03" N., 143°26'53" E.
36. 10°57'30" N., 143°03'09" E.
37. 11°52'33" N., 142°15'28" E.
38. 12°54'00" N., 141°21'48" E.
39. 12°54'17" N., 141°21'33" E.
40. 12°57'34" E., 141°19'17" E.
41. 13°06'32" N., 141°12'53" N.

*Johnston Atoll.* The seaward limit of the fishery conservation zone is 200 nautical miles from the baseline from which the breadth of the territorial sea is measured.

*Palmyra Atoll.* The seaward limit of the fishery conservation zone is 200 nautical miles from the baseline from which the breadth of the territorial sea is measured, except that to the southeast of Palmyra Atoll the limit of the fishery conservation zone shall be determined by straight lines connecting the following coordinates:

1. 7°55'04" N., 159°22'29" W.
2. 7°31'05" N., 159°39'30" W.
3. 7°09'43" N., 159°54'35" W.
4. 6°33'40" N., 160°19'51" W.
5. 6°31'37" N., 160°21'18" W.
6. 6°25'31" N., 160°25'40" W.
7. 6°03'05" N., 160°41'42" W.
8. 5°44'12" N., 160°55'13" W.
9. 4°57'25" N., 161°28'19" W.
10. 4°44'38" N., 161°37'18" W.
11. 3°54'25" N., 163°12'56" W.
12. 2°39'50" N., 163°05'14" W.

*Wake Island.* The seaward limit of the fishery conservation zone is 200 nautical miles from the baseline from which the breadth of the territorial sea is measured, except that to the south of Wake Island the limit of the fishery conservation zone shall be determined by straight lines connecting the following coordinates:

1. 17°56'15" N., 169°54'00" E.
2. 17°46'02" N., 169°31'18" E.
3. 17°37'47" N., 169°13'53" E.
4. 17°11'18" N., 168°13'30" E.
5. 16°41'31" N., 167°07'39" E.
6. 16°02'45" N., 165°43'30" E.

*Jarvis Island.* The seaward limit of the fishery conservation zone is 200 nautical miles from the baseline from which the breadth of the territorial sea is measured, except that to the north of Jarvis Island, the

HeinOnline -- 42 Fed. Reg. 12939 1977

Case 1:06-mj-00031   Document 27-3   Filed 01/11/2007   Page 4 of 15

limit of the fishery conservation zone shall be determined by straight lines connecting the following coordinates:

1. 2°01'00" N., 162°22'00" W.
2. 2°01'42" N., 162°01'35" W.
3. 2°03'20" N., 161°41'33" W.
4. 2°02'30" N., 161°36'20" W.
5. 2°00'13" N., 161°22'24" W.
6. 1°50'18" N., 160°20'42" W.
7. 1°45'46" N., 159°52'59" W.
8. 1°43'31" N., 159°39'27" W.

and, except that to the eastward of Jarvis Island, the limit of the fishery conversation zone between point No. 8 and a point at 3°10'40" S., 158°10'30" W. remains to be determined.

*Howland and Baker Islands.* The seaward limit of the fishery conservation zone is a line 200 nautical miles from the baseline from which the breadth of the territorial sea is measured, except that to the south of Howland and Baker Islands, the limit of the fishery conservation zone remains to be determined between 0°14'30" N., 173°08'00" W. and 02°58'45" S., 177°26'00" W.

FOOTNOTES

[1] The limits of the U.S. fishery conservation zone in areas adjacent to Canada do not correspond to limits of the Canadian fishery zone as described in the Canada Gazette of January 1, 1977.

[2] In view of the fact that the claimed limits of fishery jurisdiction published by the United States and Canada would leave an unclaimed area within the Gulf of Maine, the United States will exercise its fishery management jurisdiction to the Canadian claimed line where that line is situated eastward of the United States claimed line, until such time as a permanent maritime boundary with Canada is established in the Gulf of Maine.

[3] Agreed with the Government of Mexico as a provisional maritime boundary on November 24, 1976.

[4] Establishment of the fishery conservation zone as set forth in this notice is without prejudice to claims regarding the sovereignty of disputed islands.

Dated: March 1, 1977.

MARK B. FELDMAN,
*Deputy Legal Adviser.*

[FR. Doc.77-6563 Filed 3-3-77;8:45 am]

---

# DEPARTMENT OF TRANSPORTATION

## Coast Guard

[CGD 77-025]

### UNITED STATES COAST GUARD ACADEMY ADVISORY COMMITTEE

#### Renewal and Charter

This is to give notice, in accordance with the Federal Advisory Committee Act (Pub. L. 92-463, 5 U.S.C. App. 1) of October 6, 1972, that the U.S. Coast Guard Academy Advisory Committee has been renewed by the Secretary of Transportation for a two-year period beginning January 16, 1977 through January 16, 1979.

The U.S. Coast Guard Academy Advisory Committee was established under section 6 of an Act of Congress, Pub. L. 75-38 of April 16, 1937 (14 U.S.C. 193) as amended.

The purpose of the Advisory Committee is to examine the curriculum and faculty of the Academy and advise the Commandant of recommendations to maintain and improve the Academy's high quality.

CHARTER—U.S. COAST GUARD ACADEMY ADVISORY COMMITTEE

1. *Purpose.* The purpose of this Instruction is to promulgate the charter of the Coast Guard Academy Advisory Committee in response to the provisions of reference (a).

2. *Cancellation.* Commandant Instruction 5420.10A is hereby canceled.

3. *Background.* The Coast Guard Academy Advisory Committee was authorized by section 6, of an Act of Congress, Pub. L. 75-38, on 16 April 1937. This Act permitted the Secretary to appoint an advisory committee of "five persons of distinction in the field of education who shall serve without pay." Subsequently, the 81st Congress increased the membership to "seven persons of distinction in education and other fields relating to the purposes of the Academy, who shall serve without pay."

4. *Objective.* The objective and mission of the Committee is to advise the Commandant, United States Coast Guard, on the status of the curriculum and faculty of the United States Coast Guard Academy, making recommendations for improvement and maintenance of its high quality.

5. *Membership.* The Committee will consist of seven members who are recognized persons of distinction in the field of education and other fields relating to the purpose of the Academy.

6. *Committee Officers.* a. The "Chairman" shall be appointed by the Secretary and shall conduct each meeting, provide opportunity for participation by each member, and ensure adherence to the agenda.

b. The "Executive Director" and permanent Vice Chairman shall be the Superintendent, United States Coast Guard Academy. He shall be responsible for preparing the agenda and submitting same to Commandant (G-P) eight weeks prior to the scheduled date of the meeting. He shall be the designated Federal Official required by section 10 of the Federal Advisory Committee Act and perform the duties pertaining thereto.

(c) The "Executive Secretary" shall be the Academic Dean, United States Coast Guard Academy. He will assist the chairman and the Executive Director in discharging committee responsibilities.

d. The "Coast Guard Headquarters Liaison Officer" shall be Chief, Office of Personnel. He will be the point of contact for the Committee, Executive Director and the Executive Secretary and will provide all the necessary support services to permit the effective execution of Committee functions.

7. *Meetings.* The Committee shall meet approximately once every six months with special meetings called as necessary. Timely notice shall be published in the FEDERAL REGISTER. All meetings shall be open to the public, who shall be permitted to attend, appear before or file statements with the Committee. All members of the public may file written statements with the Advisory Committee before or after the meeting. The Committee may allow oral statements if desired and may establish procedures for their introduction. The Executive Director shall approve the calling of all meetings, approve all agenda, attend all meetings and is authorized to adjourn any meeting whenever he determines it to be in the public interest.

8. *Cost.* All necessary operating expenses will be borne by the United States Coast Guard. It is estimated that the annual cost will be $5,000.00 and 0.1 man-years. All members serve voluntarily without compensation, except for reimbursement for travel expenses and lodging plus $16.00 in lieu of subsistence, the total not to exceed $35.00 per day.

9. *Sponsor.* The sponsor of the Committee shall be the Commandant, to whom the Committee shall report.

10. *Subcommittees.* The Chairman is authorized, with the approval of the sponsor, to establish subcommittees from among the membership of the Committee. Subcommittees shall comply with the provisions of paragraph 9. of DOT Order 1120.3A.

11. *Availability of Records.* Subject to section 552 of Title 5, U.S.C., the records, reports, minutes, agenda or other documents shall be made available for public inspection and copying at a single location in the offices of the Executive Secretary.

12. *Reports.* A detailed report, including the minutes of each meeting, shall be furnished to the Commandant and shall include:

a. Persons present.

b. Complete and accurate description of matters discussed and conclusions reached.

c. Copies of reports received, issued or approved by the Committee.

d. Certification of accuracy by the Chairman and Executive Director.

13. *Filing Date—January 16, 1977.* This is the effective date of the charter which will expire two years from that date unless sooner terminated or extended.

Interested persons may seek additional information by writing:

Capt. R. M. White, U.S.C.G., Executive Secretary, Coast Guard Academy Advisory Committee, U.S. Coast Guard Academy, New London, CT 06320.

or by calling: 203-443-8888.

Dated: March 2, 1977.

C. E. LARKIN,
*Rear Adm., U.S. Coast Guard,*
*Chief, Office of Personnel.*

[FR Doc.77-6587 Filed 3-4-77;8:45 am]

HeinOnline -- 42 Fed. Reg. 12940 1977

Case 1:06-mj-00031   Document 27-3   Filed 01/11/2007   Page 5 of 15

12. If you were a Cabinet Secretary, would you hire this person to be a key member of your staff?

13. What would you expect this candidate to be doing in 15 to 20 years?

**Privacy Act and Paperwork Reduction Act Statements**

Pursuant to the Freedom of Information Act (5 U.S.C. 552, as amended) and the Privacy Act (5 U.S.C. 552a), the President's Commission on White House Fellowships operates its competitive application process and collects personal information for its use in evaluating applicants under authority of Executive Order 11183, as amended. Submission of the information is voluntary; however, failure to furnish all the requested information may result in delay or elimination of consideration for a Fellowship. All files, records, and other material submitted by or in behalf of any applicant, or collected or obtained with regard to an applicant, are used by those persons associated with the Commission for the purpose of screening and evaluating applications. The information may also be disclosed to a congressional office in response to an inquiry from that office made at the request of that individual. Executive Order 9397 provides for the collection of Social Security Numbers to identify individual records. Furnishing your Social Security Number is voluntary; however, failure to do so may delay the processing of your application.

This request is in accordance with the clearance requirements of the Paperwork Reduction Act (44 U.S.C. 3507). The information is being collected in order to evaluate your qualifications for a Fellowship. Your response is required to make this determination. Public reporting burden for this collection of information is estimated to average five (5) hours per response, including time for reviewing instructions, gathering the requested personal evaluations, and completing the application. Please send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing the burden, to the President's Commission on White House Fellowships, Washington, DC 20415.

**Records Retention**

The application forms of persons selected as White House Fellows may be circulated to appropriate Executive Branch officials incident to placing Fellows in assignments for the Fellowship year and subsequently may be retained, along with other applicant file materials, by the Commission in its permanent files on persons who are selected as White House Fellows. These permanent records are accessible to the individuals concerned.

Sixty days after a letter has been mailed to an applicant advising that he or she has been eliminated from the competition, all materials in the applicant's file will be destroyed and this procedure will be repeated after each stage of the selection process.

The Commission cannot assume responsibility for the return of applications or supporting documents. Applicants are therefore advised to retain copies of their application forms and not to submit irreplaceable documents or other materials with applications.

[FR Doc. 95-20947 Filed 8-22-95; 8:45 am]
BILLING CODE 6325-01-M

---

**DEPARTMENT OF STATE**

[Public Notice 2237]

**Exclusive Economic Zone and Maritime Boundaries; Notice of Limits**

By Presidential Proclamation No. 5030 made on March 10, 1983, the United States established an exclusive economic zone, the outer limit of which is a line drawn in such a manner that each point on it is 200 nautical miles from the baseline from which the breadth of the territorial sea is measured.

The Government of the United States of America has been, is, and will be, engaged in consultations and negotiations with governments of neighboring countries concerning the delimitation of areas subject to the respective jurisdiction of the United States and of these countries.

The limits of the exclusive economic zone of the United States as set forth below are intended to be without prejudice to any negotiations with these countries or to any positions which may have been or may be adopted respecting the limits of maritime jurisdiction in such areas. Further, the limits of the exclusive economic zone set forth below are without prejudice to the outer limit of the continental shelf of the United States where that shelf extends beyond 200 nautical miles from the baseline in accordance with international law.

The following notices have been published which have defined the United States maritime boundaries and fishery conservation zone established March 1, 1977: Public Notice 506, **Federal Register**, Vol. 41, No. 214, November 4, 1976, 48619-20; Public Notice 526, **Federal Register**, Vol. 42, No. 44, March 7, 1977, 12937-40; Public Notice 544, **Federal Register**, Vol. 42, No. 92, May 12, 1977, 24134; Public Notice 4710-01, **Federal Register**, Vol. 43, No. 7, January 11, 1978, 1658; Public Notice 585, **Federal Register**, Vol. 43, No. 7, January 11, 1978, 1659; Public Notice 910, **Federal Register**, Vol. 49, No. 155, August 9, 1984, 31973.

This Public Notice supersedes all limits defined in the above Public Notices.

Therefore, the Department of State on behalf of the Government of the United States hereby announces the limits of the exclusive economic zone of the United States of America, within which the United States will exercise its sovereign rights and jurisdiction as permitted under international law, pending the establishment of permanent maritime boundaries by mutual agreement in those cases where a boundary is necessary and has not already been agreed.

Publication of a notice on this subject which is effective immediately upon publication is necessary to effectively exercise the foreign affairs responsibility of the Department of State. (See Title 5 U.S.C. 553 (a)(1)(B).)

Unless otherwise noted, the coordinates in this notice relate to the Clarke 1866 Ellipsoid and the North American 1927 Datum ("NAD 27"). Unless otherwise specified, the term "straight line" in this notice means a geodetic line.

**U.S. Atlantic Coast and Gulf of Mexico**

In the Gulf of Maine area, the limit of the exclusive economic zone is defined by straight lines connecting the following coordinates[1]:
1. 44°46′35.346″ N., 66°54′11.253″ W.
2. 44°44′41″ N., 66°56′17″ W.
3. 44°43′56″ N., 66°56′26″ W.
4. 44°39′13″ N., 66°57′29″ W.
5. 44°36′58″ N., 67°00′36″ W.
6. 44°33′27″ N., 67°02′57″ W.
7. 44°30′38″ N., 67°02′38″ W.
8. 44°29′03″ N., 67°03′42″ W.
9. 44°25′27″ N., 67°02′16″ W.
10. 44°21′43″ N., 67°02′33″ W.
11. 44°14′06″ N., 67°08′38″ W.
12. 44°11′12″ N., 67°16′46″ W.
13. 42°53′14″ N., 67°44′35″ W.
14. 42°31′08″ N., 67°28′05″ W.
15. 40°27′05″ N., 65°41′59″ W.

Between points 15 and 16, the limit of the exclusive economic zone is 200 nautical miles seaward from the baseline from which the territorial sea is measured.

In the area of the Blake Plateau, the Straits of Florida, and Eastern Gulf of Mexico, the limit of the exclusive economic zone shall be determined by

---

[1] The limits of the U.S. exclusive economic zone from points 1 to 12 in areas adjacent to Canada do not correspond to limits of the Canadian fishery zone as defined in the Canada Gazette of January 1, 1977, due to the dispute between the United States and Canada relating to the sovereignty over Machias Seal Island and North Rock. The line defined by points 12 through 15 reflects the International Court of Justice Award of October 14, 1984, establishing a United States-Canada maritime boundary, pursuant to the Treaty between the Government of Canada and the Government of the United States of America to Submit to Binding Dispute Settlement the Delimitation of the Maritime Boundary in the Gulf of Maine Area, TIAS 10204.

HeinOnline -- 60 Fed. Reg. 43825 1995

EXHIBIT "4"

Case 1:06-mj-00031    Document 27-3    Filed 01/11/2007    Page 7 of 15

straight lines connecting the following coordinates: [2]

16. 28°17′10″ N. 76°36′45″ W.
17. 28°17′10″ N. 79°11′24″ W.
18. 27°52′54″ N. 79°28′36″ W.
19. 27°26′00″ N. 79°31′38″ W.
20. 27°16′12″ N. 79°34′18″ W.
21. 27°11′53″ N. 79°34′56″ W.
22. 27°05′58″ N. 79°35′19″ W.
23. 27°00′27″ N. 79°35′17″ W.
24. 26°55′15″ N. 79°34′39″ W.
25. 26°53′57″ N. 79°34′27″ W.
26. 26°45′45″ N. 79°32′41″ W.
27. 26°44′29″ N. 79°32′23″ W.
28. 26°43′39″ N. 79°32′20″ W.
29. 26°41′11″ N. 79°32′01″ W.
30. 26°38′12″ N. 79°31′33″ W.
31. 26°36′29″ N. 79°31′07″ W.
32. 26°35′20″ N. 79°30′50″ W.
33. 26°34′50″ N. 79°30′46″ W.
34. 26°34′10″ N. 79°30′38″ W.
35. 26°31′11″ N. 79°30′15″ W.
36. 26°29′04″ N. 79°29′53″ W.
37. 26°25′30″ N. 79°29′58″ W.
38. 26°23′28″ N. 79°29′55″ W.
39. 26°23′20″ N. 79°29′54″ W.
40. 26°18′56″ N. 79°31′55″ W.
41. 26°15′25″ N. 79°33′17″ W.
42. 26°15′12″ N. 79°33′23″ W.
43. 26°08′08″ N. 79°35′53″ W.
44. 26°07′46″ N. 79°36′09″ W.
45. 26°06′58″ N. 79°36′35″ W.
46. 26°02′51″ N. 79°38′22″ W.
47. 25°59′29″ N. 79°40′03″ W.
48. 25°59′15″ N. 79°40′08″ W.
49. 25°57′47″ N. 79°40′38″ W.
50. 25°56′17″ N. 79°41′06″ W.
51. 25°54′03″ N. 79°41′38″ W.
52. 25°53′23″ N. 79°41′46″ W.
53. 25°51′53″ N. 79°41′59″ W.
54. 25°49′32″ N. 79°42′16″ W.
55. 25°48′23″ N. 79°42′23″ W.
56. 25°48′19″ N. 79°42′24″ W.
57. 25°46′25″ N. 79°42′44″ W.
58. 25°46′15″ N. 79°42′45″ W.
59. 25°43′39″ N. 79°42′59″ W.
60. 25°42′30″ N. 79°42′48″ W.
61. 25°40′36″ N. 79°42′27″ W.
62. 25°37′23″ N. 79°42′27″ W.
63. 25°37′07″ N. 79°42′27″ W.
64. 25°31′02″ N. 79°42′12″ W.
65. 25°27′58″ N. 79°42′11″ W.
66. 25°24′03″ N. 79°42′12″ W.
67. 25°22′20″ N. 79°42′20″ W.
68. 25°21′28″ N. 79°42′08″ W.
69. 25°16′51″ N. 79°41′24″ W.
70. 25°15′56″ N. 79°41′31″ W.
71. 25°10′38″ N. 79°41′31″ W.
72. 25°09′50″ N. 79°41′36″ W.
73. 25°09′02″ N. 79°41′45″ W.
74. 25°03′53″ N. 79°42′30″ W.
75. 25°02′58″ N. 79°42′57″ W.
76. 25°00′28″ N. 79°44′06″ W.
77. 24°59′01″ N. 79°44′49″ W.
78. 24°55′26″ N. 79°45′58″ W.
79. 24°44′16″ N. 79°49′25″ W.
80. 24°43′02″ N. 79°49′39″ W.
81. 24°42′34″ N. 79°50′51″ W.
82. 24°41′45″ N. 79°52′58″ W.
83. 24°38′30″ N. 79°59′59″ W.
84. 24°36′25″ N. 80°03′52″ W.
85. 24°33′16″ N. 80°12′44″ W.
86. 24°33′03″ N. 80°13′22″ W.
87. 24°32′11″ N. 80°15′17″ W.
88. 24°31′25″ N. 80°16′56″ W.
89. 24°30′55″ N. 80°17′48″ W.
90. 24°30′12″ N. 80°19′22″ W.
91. 24°30′04″ N. 80°19′45″ W.
92. 24°29′36″ N. 80°21′06″ W.
93. 24°28′16″ N. 80°24′36″ W.
94. 24°28′04″ N. 80°25′11″ W.
95. 24°27′21″ N. 80°27′21″ W.
96. 24°26′28″ N. 80°29′31″ W.
97. 24°25′05″ N. 80°32′23″ W.
98. 24°23′28″ N. 80°36′10″ W.
99. 24°22′31″ N. 80°38′57″ W.
100. 24°22′05″ N. 80°39′52″ W.
101. 24°19′29″ N. 80°45′22″ W.
102. 24°19′14″ N. 80°45′48″ W.
103. 24°18′36″ N. 80°46′50″ W.
104. 24°18′33″ N. 80°46′55″ W.
105. 24°09′49″ N. 80°59′48″ W.
106. 24°09′46″ N. 80°59′52″ W.
107. 24°08′56″ N. 81°01′08″ W.
108. 24°03′28″ N. 81°01′52″ W.
109. 24°08′24″ N. 81°01′58″ W.
110. 24°07′26″ N. 81°03′07″ W.
111. 24°02′18″ N. 81°09′06″ W.
112. 23°59′58″ N. 81°11′16″ W.
113. 23°55′30″ N. 81°12′55″ W.
114. 23°53′50″ N. 81°19′44″ W.
115. 23°50′50″ N. 81°30′00″ W.
116. 23°50′00″ N. 81°40′00″ W.
117. 23°49′03″ N. 81°50′00″ W.
118. 23°49′03″ N. 82°00′12″ W.
119. 23°49′40″ N. 82°10′00″ W.
120. 23°51′12″ N. 82°25′00″ W.
121. 23°51′12″ N. 82°40′00″ W.
122. 23°49′40″ N. 82°48′54″ W.
123. 23°49′30″ N. 82°51′12″ W.
124. 23°49′22″ N. 83°00′00″ W.
125. 23°49′50″ N. 83°15′00″ W.
126. 23°51′20″ N. 83°25′50″ W.
127. 23°52′25″ N. 83°33′02″ W.
128. 23°54′02″ N. 83°41′36″ W.
129. 23°55′45″ N. 83°48′12″ W.
130. 23°58′36″ N. 84°00′00″ W.
131. 24°09′35″ N. 84°29′28″ W.
132. 24°13′18″ N. 84°38′40″ W.
133. 24°16′39″ N. 84°46′08″ W.
134. 24°23′28″ N. 85°00′00″ W.
135. 24°26′35″ N. 85°06′20″ W.
136. 24°38′55″ N. 85°31′55″ W.
137. 24°44′15″ N. 85°43′12″ W.
138. 24°53′55″ N. 86°00′00″ W.
139. 25°12′25″ N. 86°33′12″ W.

Between points 139 and 140, the limit of the exclusive economic zone is 200 nautical miles seaward from the baseline from which the territorial sea is measured.

In the central Gulf of Mexico, the limit of the exclusive economic zone is determined by straight lines connecting the following coordinates: [3]

140. 25°41′56.52.88″ N. 88°23′05.54″ W.

---

[2] The line defined by points 113 through 139 is that line delimited in the maritime boundary treaty signed with Cuba December 16, 1977, Senate Executive H, 96th Cong., 1st Sess. The treaty has been applied provisionally since January 1, 1978.

[3] The lines defined by points 140–142 and 143–146 reflect the exchange of Notes Effecting Agreement on the provisional Maritime Boundary with Mexico done on November 24, 1976, TIAS 8805, 29 UST 196. The U.S.-Mexico Maritime Boundary Treaty, signed on May 4, 1978, Senate Executive F, 96th Congress, 1st Sess., defines boundary using the same turning points.

141. 25°46′52.00″ N. 90°29′41.00″ W.
142. 25°42′13.05″ N. 91°05′24.89″ W.

Between points 142 and 143, the limit of the exclusive economic zone is 200 nautical miles seaward from the baseline from which the territorial sea is measured.

In the western Gulf of Mexico, the limit of the exclusive economic zone is determined by straight lines connecting the following coordinates:

143. 25°59′48.28″ N. 93°26′42.19″ W.
144. 26°00′30.00″ N. 95°39′26.00″ W.
145. 26°00′31.00″ N. 96°48′29.00″ W.
146. 25°58′30.57″ N. 96°55′27.37″ W.

From point 146, the limit of United States jurisdiction is the territorial sea boundary with Mexico established by the United States of America and the United Mexican States in Article V(A) and annexes of the Treaty to Resolve Pending Boundary Differences and Maintain the Rio Grande and Colorado River as the International Boundary, signed at Mexico City, November 23, 1970, and entered into force April 18, 1972, TIAS No. 7313, 23 UST 371.

**U.S. Pacific Coast (Washington, Oregon, and California)**

In the area seaward of the Strait of Juan de Fuca, the limit of the exclusive economic zone shall be determined by straight lines connecting the points with the following coordinates: [4]

1. 48°29′37.19″ N. 124°43′33.19″ W.
2. 48°30′11″ N. 124°47′13″ W.
3. 48°30′22″ N. 124°50′21″ W.
4. 48°30′14″ N. 124°54′52″ W.
5. 48°29′57″ N. 124°59′14″ W.
6. 48°29′44″ N. 125°00′06″ W.
7. 48°28′09″ N. 125°05′47″ W.
8. 48°27′10″ N. 125°08′25″ W.
9. 48°26′47″ N. 125°09′12″ W.
10. 48°20′16″ N. 125°22′48″ W.
11. 48°18′22″ N. 125°29′58″ W.
12. 48°11′05″ N. 125°53′48″ W.
13. 47°49′15″ N. 126°40′57″ W.
14. 47°36′47″ N. 127°11′58″ W.
15. 47°22′00″ N. 127°41′23″ W.
16. 46°42′05″ N. 128°51′56″ W.
17. 46°31′47″ N. 129°07′39″ W.

Between point 17 and 18, the limit of the exclusive economic zone is 200 nautical miles seaward from the baseline from which the breadth of the territorial sea is measured. In the area off the Southern California coast, the limit of the exclusive economic zone shall be determined by straight lines connecting the following points: [5]

---

[4] The limit of the U.S. exclusive economic zone from points 1 to 17 adjacent to Canada in the area seaward of the Strait of Juan de Fuca do not correspond to limits of the Canadian fishery zone as defined in the Canada Gazette of January 1, 1977.

[5] The line defined by points 18 through 21 reflect the Exchange of Notes Effecting Agreement on the Provisional Maritime Boundary with Mexico done on November 24, 1976. The U.S.-Mexico Maritime

HeinOnline -- 60 Fed. Reg. 43826 1995

18. 30°32′31.20″ N. 121°51′58.37″ W.
19. 31°07′58.00″ N. 118°36′18.00″ W.
20. 32°37′37.00″ N. 117°49′31.00″ W.
21. 32°35′22.11″ N. 117°27′49.42″ W.

From point 21 to the coast, the limit of United States jurisdiction is the territorial sea boundary with Mexico established by the United States of America and the United Mexican States in Article V(B) and annexes of the Treaty to Resolve Pending Boundary Differences and Maintain the Rio Grande and Colorado River as the International Boundary, signed at Mexico City, November 23, 1970, and entered into force April 18, 1972.

## Alaska

Off the coast of Alaska, in the area of the Beaufort Sea, the limit of exclusive economic zone shall be determined by straight lines, connecting the following coordinates:[6]

1. 69°38′48.88″ N. 140°59′52.7″ W.
2. 69°38′52″ N. 140°59′51″ W.
3. 69°39′37″ N. 140°59′01″ W
4. 69°40′10″ N. 140°58′34″ W.
5. 69°41′30″ N. 140°57′00″ W.
6. 69°46′25″ N. 140°49′45″ W.
7. 69°47′54″ N. 140°47′07″ W.
8. 69°51′40″ N. 140°42′37″ W.
9. 70°09′26″ N. 140°19′22″ W.
10. 70°11′30″ N. 140°18′09″ W.
11. 70°29′07″ N. 140°09′51″ W.
12. 70°29′19″ N. 140°09′45″ W.
13. 70°37′31″ N. 140°02′47″ W.
14. 70°48′25″ N. 139°52′32″ W.
15. 70°58′02″ N. 139°47′16″ W.
16. 71°01′15″ N. 139°44′24″ W.
17. 71°11′58″ N. 139°33′58″ W.
18  71°23′10″ N. 139°21′46″ W.
19. 72°12′18″ N. 138°26′19″ W.
20. 72°46′39″ N. 137°30′02″ W.
21. 72°56′49″ N. 137°34′08″ W.

Between point 21 and point 22, the limit of the exclusive economic zone is 200 nautical miles seaward from the baseline from which the territorial sea is measured. In the Chukchi Sea, Bering Strait, and northern Bering Sea, the limit of the exclusive economic zone shall be determined by straight lines connecting the following coordinates:[7]

22. 72°46′29″ N. 168°58′37″ W.
23. 65°30′00″ N. 168°58′37″ W.
24. 65°19′58″ N. 168°21′38″ W.
25. 65°09′51″ N. 169°44′34″ W.
26. 64°59′41″ N. 170°07′23″ W.

27. 64°49′26″ N. 170°30′06″ W.
28. 64°39′08″ N. 170°52′43″ W.
29. 64°28′46″ N. 171°15′14″ W.
30. 64°18′20″ N. 171°37′40″ W.
31. 64°07′50″ N. 172°00′00″ W.
32. 63°59′27″ N. 172°18′39″ W.
33. 63°51′01″ N. 172°38′13″ W.
34. 63°42′33″ N. 172°55′42″ W.
35. 63°34′01″ N. 173°14′07″ W.
36. 63°25′27″ N. 173°32′27″ W.
37. 63°16′50″ N. 173°50′42″ W.
38. 63°08′11″ N. 174°08′52″ W.
39. 62°59′29″ N. 174°26′58″ W.
40. 62°50′44″ N. 174°44′59″ W.
41. 62°41′56″ N. 175°02′56″ W.
42. 62°33′06″ N. 175°20′48″ W.
43. 62°24′13″ N. 175°38′36″ W.
44. 62°15′17″ N. 175°56′19″ W.
45. 62°06′19″ N. 176°13′59″ W.
46. 61°57′18″ N. 176°31′34″ W.
47. 61°48′14″ N. 176°49′04″ W.
48. 61°39′08″ N. 177°06′31″ W.
49. 61°29′59″ N. 177°23′53″ W.
50. 61°20′47″ N. 177°41′11″ W.
51. 61°11′33″ N. 177°58′26″ W.
52. 61°02′17″ N. 178°15′36″ W.
53. 60°52′57″ N. 178°32′42″ W.
54. 60°43′35″ N. 178°49′45″ W.
55. 60°34′11″ N. 179°06′44″ W.
56. 60°24′44″ N. 179°23′38″ W.
57. 60°15′14″ N. 179°40′30″ W.
58. 60°11′39″ N. 179°46′49″ W.

Between points 58 and 59 the limit of the exclusive economic zone is 200 nautical miles seaward from the baseline from which the territorial sea is measured. In the southern Bering Sea and north Pacific Ocean, the limit of the exclusive economic zone shall be determined the straight lines connecting the following coordinates:

59. 56°16′31″ N. 174°00′19″ E.
60. 56°15′07″ N. 173°56′56″ E.
61. 56°04′34″ N. 173°41′08″ E.
62. 55°53′59″ N. 173°25′22″ E.
63. 55°43′22″ N. 173°09′37″ E.
64. 55°32′42″ N. 172°53′55″ E.
65. 55°21′59″ N. 172°38′14″ E.
66. 55°11′14″ N. 172°22′36″ E.
67. 55°00′26″ N. 172°06′59″ E.
68. 54°49′36″ N. 171°51′24″ E.
69. 54°38′43″ N. 171°35′51″ E.
70. 54°27′48″ N. 171°20′20″ E.
71. 54°16′50″ N. 171°04′50″ E.
72. 54°05′50″ N. 170°49′22″ E.
73. 53°54′47″ N. 170°33′56″ E.
74. 53°43′42″ N. 170°18′31″ E.
75. 53°32′46″ N. 170°05′29″ E.
76. 53°21′48″ N. 169°52′32″ E.
77. 53°10′49″ N. 169°39′40″ E.
78. 52°59′48″ N. 169°26′53″ E.
79. 52°48′46″ N. 169°14′12″ E.
80. 52°37′43″ N. 169°01′36″ E.
81. 52°26′38″ N. 168°49′05″ E.
82. 52°15′31″ N. 168°36′39″ E.
83. 52°04′23″ N. 168°24′17″ E.
84. 51°53′14″ N. 168°12′01″ E.
85. 51°42′03″ N. 167°59′49″ E.
86. 51°30′51″ N. 167°47′42″ E.
87. 51°22′15″ N. 167°38′28″ E.

From point 87 to point 88, the limit of the exclusive economic zone is 200 nautical miles from the baseline from which the territorial sea is measured.

From point 88, the southern limit of the exclusive economic zone off the coast of Alaska shall be determined by straight lines connecting the following coordinates:[8]

88. 53°28′27″ N. 138°45′20″ W.
89. 54°00′01″ N. 135°45′57″ W.
90. 54°07′30″ N. 134°56′24″ W.
91. 54°12′45″ N. 134°25′03″ W.
92. 54°12′57″ N. 134°23′47″ W.
93. 54°15′40″ N. 134°10′49″ W.
94. 54°20′33″ N. 133°49′21″ W.
95. 54°22′01″ N. 133°44′24″ W.
96. 54°30′06″ N. 133°16′58″ W.
97. 54°31′02″ N. 133°14′00″ W.
98. 54°30′42″ N. 133°11′28″ W.
99. 54°30′10″ N. 133°07′43″ W.
100. 54°30′03″ N. 133°07′00″ W.
101. 54°28′32″ N. 132°56′28″ W.
102. 54°28′25″ N. 132°55′54″ W.
103. 54°27′23″ N. 132°50′42″ W.
104. 54°27′07″ N. 132°49′35″ W.
105. 54°26′00″ N. 132°44′12″ W.
106. 54°24′54″ N. 132°39′46″ W.
107. 54°24′34″ N. 132°38′16″ W.
108. 54°24′39″ N. 132°26′51″ W.
109. 54°24′41″ N. 132°24′35″ W.
110. 54°24′41″ N. 132°24′29″ W.
111. 54°24′52″ N. 132°23′39″ W.
112. 54°21′51″ N. 132°02′54″ W.
113. 54°26′41″ N. 131°49′28″ W.
114. 54°28′18″ N. 131°45′20″ W.
115. 54°30′32″ N. 131°38′01″ W.
116. 54°29′53″ N. 131°33′48″ W.
117. 54°36′53″ N. 131°19′22″ W.
118. 54°39′09″ N. 131°16′17″ W.
119. 54°40′52″ N. 131°13′54″ W.
120. 54°42′11″ N. 131°13′00″ W.
121. 54°46′16″ N. 131°04′43″ W.
122. 54°45′39″ N. 131°03′06″ W.
123. 54°44′12″ N. 130°59′44″ W.
124. 54°43′46″ N. 130°58′55″ W.
125. 54°43′00″ N. 130°57′41″ W.
126. 54°42′34″ N. 130°57′09″ W.
127. 54°42′27″ N. 130°56′18″ W.
128. 54°41′26″ N. 130°53′39″ W.
129. 54°41′21″ N. 130°53′18″ W.
130. 54°41′05″ N. 130°49′17″ W.
131. 54°41′06″ N. 130°48′31″ W.
132. 54°40′46″ N. 130°45′51″ W.
133. 54°40′41″ N. 130°44′59″ W.
134. 54°40′42″ N. 130°44′43″ W.
135. 54°40′03″ N. 130°42′22″ W.
136. 54°39′48″ N. 130°41′35″ W.
137. 54°39′14″ N. 130°39′18″ W.
138. 54°39′54″ N. 130°38′58″ W.
139. 54°41′09″ N. 130°38′58″ W.
140. 54°42′22″ N. 130°38′26″ W.
141. 54°42′47″ N. 130°38′06″ W.
142. 54°42′58″ N. 130°37′57″ W.
143. 54°43′00″ N. 130°37′55″ W.
144. 54°43′15″ N. 130°37′44″ W.
145. 54°43′24″ N. 130°37′39″ W.

---

[6] Boundary Treaty, signed on May 4, 1978, defines the boundary using the same turning points.

[6] The limit of the U.S. exclusive economic zone in areas adjacent to Canada in the Beaufort Sea do not correspond to limits of the Canadian fishery zone, as defined in the Canada Gazette of January 1, 1997.

[7] The line defined by points 22–58 and 59–87 is that line delimited in the maritime boundary treaty signed with the former Soviet Union (now applicable to Russia) June 1, 1990, Senate Treaty Doc. 102–22, and applied provisionally pending the exchange of instruments of ratifiction, by an exchange of notes effective June 15, 1990.

[8] The limit of the U.S. exclusive economic zone in, and seaward of, the Dixon Entrance do not correspond to the limits of the Canadian fishery zone, as defined in the Canada Gazette of January 1, 1977. Where the claimed boundaries published by the United States and Canada leave an unclaimed area within Dixon Entrance, the United States will exercise fishery management jurisdiction to the Canadian claimed line where that line is situated southward of the United States claimed line, until such time as a permanent maritime boundary with Canada is established in the Dixon Entrance.

HeinOnline -- 60 Fed. Reg. 43827 1995

Case 1:06-mj-00031    Document 27-3    Filed 01/11/2007    Page 9 of 15

146. 54°43′30.15″ N. 130°37′37.01″ W.

## Caribbean Sea

The seaward limit of the exclusive economic zone around the Commonwealth of Puerto Rico and the Virgin Islands of the United States is a line 200 nautical miles from the baseline from which the breadth of the territorial sea is measured, except that to the east, south, and west, the limit of the exclusive economic zone shall be determined by straight lines connecting the following coordinates:[9]

1. 21°48′33″ N. 65°50′31″ W.
2. 21°41′20″ N. 65°49′13″ W.
3. 20°58′05″ N. 65°40′30″ W.
4. 20°46′56″ N. 65°38′14″ W.
5. 19°57′29″ N. 65°27′21″ W.
6. 19°37′29″ N. 65°20′57″ W.
7. 19°12′25″ N. 65°06′08″ W.
8. 18°45′14″ N. 65°00′22″ W.
9. 18°41′14″ N. 64°59′33″ W.
10. 18°29′22″ N. 64°53′50″ W.
11. 18°27′36″ N. 64°53′22″ W.
12. 18°25′22″ N. 64°52′39″ W.
13. 18°24′31″ N. 64°52′19″ W.
14. 18°23′51″ N. 64°51′50″ W.
15. 18°23′43″ N. 64°51′23″ W.
16. 18°23′37″ N. 64°50′18″ W.
17. 18°23′48″ N. 64°49′42″ W.
18. 18°24′11″ N. 64°49′01″ W.
19. 18°24′29″ N. 64°47′57″ W.
20. 18°24′18″ N. 64°47′00″ W.
21. 18°23′14″ N. 64°46′37″ W.
22. 18°22′38″ N. 64°45′21″ W.
23. 18°22′40″ N. 64°44′42″ W.
24. 18°22′42″ N. 64°44′36″ W.
25. 18°22′37″ N. 64°44′24″ W.
26. 18°22′40″ N. 64°43′42″ W.
27. 18°22′30″ N. 64°43′36″ W.
28. 18°22′25″ N. 64°42′58″ W.
29. 18°22′27″ N. 64°42′28″ W.
30. 18°22′16″ N. 64°42′03″ W.
31. 18°22′23″ N. 64°40′59″ W.
32. 18°21′58″ N. 64°40′15″ W.
33. 18°21′51″ N. 64°38′22″ W.
34. 18°21′22″ N. 64°38′16″ W.
35. 18°20′39″ N. 64°38′32″ W.
36. 18°19′16″ N. 64°38′13″ W.
37. 18°19′07″ N. 64°38′16″ W.
38. 18°17′24″ N. 64°39′37″ W.
39. 18°16′43″ N. 64°39′41″ W.
40. 18°11′34″ N. 64°38′58″ W.
41. 18°03′03″ N. 64°38′03″ W.
42. 18°02′57″ N. 64°29′35″ W.
43. 18°02′52″ N. 64°27′03″ W.
44. 18°02′30″ N. 64°21′08″ W.
45. 18°02′31″ N. 64°20′08″ W.
46. 18°02′01″ N. 64°15′39″ W.
47. 18°00′12″ N. 64°02′29″ W.
48. 17°59′58″ N. 64°01′02″ W.
49. 17°58′47″ N. 63°57′00″ W.
50. 17°57′51″ N. 63°53′53″ W.
51. 17°56′37″ N. 63°53′20″ W.
52. 17°39′48″ N. 63°54′54″ W.
53. 17°37′15″ N. 63°55′11″ W.
54. 17°30′28″ N. 63°55′57″ W.
55. 17°11′43″ N. 63°58′00″ W.
56. 17°05′07″ N. 63°58′42″ W.
57. 16°44′49″ N. 64°01′08″ W.
58. 16°43′22″ N. 64°06′31″ W.
59. 16°43′10″ N. 64°06′59″ W.
60. 16°42′40″ N. 64°08′06″ W.
61. 16°41′43″ N. 64°10′07″ W.
62. 16°35′19″ N. 64°23′39″ W.
63. 16°23′30″ N. 64°45′54″ W.
64. 15°39′31″ N. 65°58′41″ W.
65. 15°30′10″ N. 66°07′09″ W.
66. 15°14′06″ N. 66°19′57″ W.
67. 14°55′48″ N. 66°34′30″ W.
68. 14°56′06″ N. 66°51′40″ W.
69. 14°58′27″ N. 67°04′19″ W.
70. 14°58′45″ N. 67°05′17″ W.
71. 14°58′58″ N. 67°06′11″ W.
72. 14°59′10″ N. 67°07′00″ W.
73. 15°02′32″ N. 67°23′40″ W.
74. 15°05′07″ N. 67°36′23″ W.
75. 15°10′38″ N. 68°03′46″ W.
76. 15°11′06″ N. 68°09′21″ W.
77. 15°12′33″ N. 68°27′32″ W.
78. 15°12′51″ N. 68°28′56″ W.
79. 15°46′46″ N. 68°26′04″ W.
80. 17°21′30″ N. 68°17′53″ W.
81. 17°38′01″ N. 68°16′46″ W.
82. 17°50′24″ N. 68°16′11″ W.
83. 17°58′07″ N. 68°15′52″ W.
84. 18°02′28″ N. 68°15′40″ W.
85. 18°06′10″ N. 68°15′27″ W.
86. 18°07′27″ N. 68°15′33″ W.
87. 18°09′12″ N. 68°14′53″ W.
88. 18°17′06″ N. 68°11′28″ W.
89. 18°19′20″ N. 68°09′40″ W.
90. 18°22′42″ N. 68°06′57″ W.
91. 18°24′39″ N. 68°04′58″ W.
92. 18°25′25″ N. 68°04′09″ W.
93. 18°28′08″ N. 68°00′59″ W.
94. 18°31′27″ N. 67°56′57″ W.
95. 18°32′58″ N. 67°55′07″ W.
96. 18°34′34″ N. 67°52′53″ W.
97. 18°54′37″ N. 67°46′21″ W.
98. 19°00′42″ N. 67°44′25″ W.
99. 19°10′00″ N. 67°41′24″ W.
100. 19°19′03″ N. 67°38′19″ W.
101. 19°21′20″ N. 67°38′01″ W.
102. 19°59′45″ N. 67°31′52″ W.
103. 20°00′59″ N. 67°31′35″ W.
104. 20°01′17″ N. 67°31′29″ W.
105. 20°02′49″ N. 67°31′04″ W.
106. 20°03′30″ N. 67°30′52″ W.
107. 20°09′28″ N. 67°29′11″ W.
108. 20°48′18″ N. 67°17′50″ W.
109. 21°22′48″ N. 67°02′34″ W.
110. 21°30′18″ N. 66°59′05″ W.
111. 21°33′47″ N. 66°57′30″ W.
112. 21°51′24″ N. 66°49′30″ W.

Navassa Island. The limits of the exclusive economic zone around Navassa Island remain to be determined.

## Central and Western Pacific

Northern Mariana Islands and Guam. The seaward limit of the exclusive economic zone is 200 nautical miles from the baseline from which the breadth of the territorial sea is measured, except that to the north of the Northern Mariana Islands, the limit of the exclusive economic zone shall be determined by straight lines connecting the following points [10]

1. 23°53′35″ N. 145°05′46″ E.
2. 23°44′32″ N. 144°54′05″ E.
3. 23°33′52″ N. 144°40′23″ E.
4. 23°16′11″ N. 144°17′47″ E.
5. 22°50′13″ N. 143°44′57″ E.
6. 22°18′13″ N. 143°05′02″ E.
7. 21°53′58″ N. 142°35′03″ E.
8. 21°42′14″ N. 142°20′39″ E.
9. 21°40′08″ N. 142°18′05″ E.
10. 21°28′21″ N. 142°03′45″ E.
11. 20°58′24″ N. 141°27′33″ E.
12. 20°52′51″ N. 141°20′54″ E.

and, except that to the south of Guam, the limit of the exclusive economic zone shall be determined by straight lines connecting the following points:

13. 11°38′25″ N. 147°44′42″ E.
14. 11°36′53″ N. 147°31′03″ E.
15. 11°31′48″ N. 146°55′19″ E.
16. 11°27′15″ N. 146°25′34″ E.
17. 11°22′13″ N. 145°52′36″ E.
18. 11°17′31″ N. 145°22′38″ E.
19. 11°13′32″ N. 144°57′26″ E.
20. 11°13′23″ N. 144°56′29″ E.
21. 10°57′03″ N. 143°26′53″ E.
22. 10°57′30″ N. 143°03′09″ E.
23. 11°52′33″ N. 142°15′28″ E.
24. 12°54′00″ N. 141°21′48″ E.
25. 12°54′17″ N. 141°21′33″ E.
26. 12°57′34″ N. 141°19′17″ E.
27. 13°06′32″ N. 141°12′53″ E.

Hawaii and Midway Island. The seaward limit of the exclusive economic zone is 200 nautical miles from the baselines from which the territorial sea is measured.

Johnston Atoll. The seaward limit of the exclusive economic zone is 200 nautical miles from the baselines from which the territorial sea is measured.

American Samoa. The seaward limit of the exclusive economic zone shall be determined by straight lines connecting the following points[11]:

1. 11°02′17″ S. 173°44′48″ W.

---

[9] The line defined by points 1–50 is that line delimited in the maritime boundary treaty signed with the United Kingdom (for the British Virgin Islands) at London on November 4, 1993, Senate Treaty Doc. 103-23, and entered into force on June 1, 1995. The line defined by points 50–51 is that line delimited in the maritime boundary treaty signed with the United Kingdom (for Anguilla) at London on November 4, 1993, Senate Treaty Doc. 103-23, and entered into force June 1, 1995. The line from point 1 to point 51 is on the North American Datum 1983 (NAD 83). The line defined by points 57–78 is that line delimited in the maritime boundary treaty signed with Venezuela at Caracas on March 28, 1978; the treaty entered into force on November 24, 1980, TIAS 9890, 32 UST 3100.

[10] The line defined by points 1–12 constitutes the line of delimination between the maritime zones of the United States and Japan as reflected in an Exchange of Notes effective July 5, 1994. Points 1–12 are on the World Geodetic System 1984 (WGS 84). In this regard, users should be aware that the Government of Japan defines points 1–12 on the Tokyo Datum and the coordinate values will differ slightly from those published in this Notice.

[11] The line defined by points 1–8 is that line delimited in the maritime boundary treaty with New Zealand (for Tokelau) signed at Atafu on December 2, 1980; this treaty entered into force on September 3, 1983, TIAS 10775. The line defined by points 8–32 is that line delimited in the maritime boundary treaty with the Cook Islands signed at Rarotonga on June 11, 1980; this treaty entered into force on September 8, 1983, TIAS 10774. Points 1–32 are on the World Geodetic System 1972 (WGS 72).

2. 10°46'15" S. 173°03'53" W.
3. 10°25'26" S. 172°11'01" W.
4. 10°17'50" S. 171°50'58" W.
5. 10°15'17" S. 171°15'32" W.
6. 10°10'18" S. 170°16'10" W.
7. 10°07'52" S. 169°46'50" W.
8. 10°01'26" S. 168°31'25" W.
9. 10°12'44" S. 168°31'02" W.
10. 10°12'49" S. 168°31'02" W.
11. 10°52'31" S. 168°29'42" W.
12. 11°02'40" S. 168°29'21" W.
13. 11°43'53" S. 168°27'58" W.
14. 12°01'55" S. 168°10'24" W.
15. 12°28'40" S. 167°25'20" W.
16. 12°41'22" S. 167°11'01" W.
17. 12°57'51" S. 166°52'21" W.
18. 13°11'25" S. 166°37'02" W.
19. 13°14'03" S. 166°34'03" W.
20. 13°21'25" S. 166°25'42" W.
21. 13°35'44" S. 166°09'19" W.
22. 13°44'56" S. 165°58'44" W.
23. 14°03'30" S. 165°37'20" W.
24. 15°00'09" S. 165°22'07" W.
25. 15°14'04" S. 165°18'29" W.
26. 15°38'47" S. 165°12'03" W.
27. 15°44'58" S. 165°16'36" W.
28. 16°08'42" S. 165°34'12" W.
29. 16°18'30" S. 165°41'29" W.
30. 16°23'29" S. 165°45'11" W.
31. 16°45'30" S. 166°01'39" W.
32. 17°33'28" S. 166°38'35" W.
33. 17°31'45" S. 166°42'07" W.
34. 16°56'20" S. 168°26'05" W.
35. 16°37'55" S. 169°18'19" W.
36. 16°37'36" S. 169°19'12" W.
37. 16°34'58" S. 169°55'59" W.
38. 16°39'17" S. 170°19'09" W.
39. 16°48'46" S. 171°12'29" W.
40. 16°49'33" S. 171°17'03" W.
41. 16°13'29" S. 171°37'41" W.
42. 16°04'47" S. 171°42'37" W.
43. 15°58'20" S. 171°46'06" W.
44. 15°50'48" S. 171°50'23" W.
45. 15°50'12" S. 171°50'44" W.
46. 15°14'19" S. 171°37'37" W.
47. 15°01'58" S. 171°31'37" W.
48. 14°46'48" S. 171°24'21" W.
49. 14°27'02" S. 171°14'46" W.
50. 14°06'18" S. 171°04'48" W.
51. 14°03'28" S. 171°03'06" W.
52. 14°03'27" S. 171°03'05" W.
53. 14°03'05" S. 171°02'53" W.
54. 13°56'54" S. 170°59'34" W.
55. 13°54'30" S. 170°58'20" W.
56. 13°53'43" S. 170°57'57" W.
57. 13°50'40" S. 170°56'24" W.
58. 13°13'56" S. 170°44'20" W.
59. 13°09'05" S. 170°42'39" W.
60. 12°36'18" S. 170°30'44" W.
61. 12°36'11" S. 170°31'35" W.
62. 12°35'21" S. 170°36'26" W.
63. 12°29'47" S. 171°08'24" W.
64. 12°27'27" S. 171°17'25" W.
65. 12°23'34" S. 171°25'18" W.
66. 12°17'36" S. 171°37'14" W.
67. 12°14'01" S. 171°44'25" W.
68. 12°13'49" S. 171°44'47" W.
69. 12°05'27" S. 172°00'55" W.
70. 11°54'06" S. 172°22'53" W.
71. 11°53'57" S. 172°23'09" W.
72. 11°40'49" S. 172°48'17" W.
73. 11°26'56" S. 173°08'46" W.
74. 11°22'08" S. 173°15'50" W.
75. 11°02'28" S. 173°44'37" W.
76. 11°02'17" S. 173°44'48" W.

Palmyra Atoll-Kingman Reef. The seaward limit of the exclusive economic zone is 200 nautical miles from the baseline from which the territorial sea is measured, except that to the southeast of Palmyra Atoll and Kingman Reef the limit of the exclusive economic zone shall be determined by straight lines connecting the following points:

1. 7°55'04" N. 159°22'29" W.
2. 7°31'05" N. 159°39'30" W.
3. 7°09'43" N. 159°54'35" W.
4. 6°33'40" N. 160°19'51" W.
5. 6°31'37" N. 160°21'18" W.
6. 6°25'31" N. 160°25'40" W.
7. 6°03'05" N. 160°41'42" W.
8. 5°44'12" N. 160°55'13" W.
9. 4°57'25" N. 161°28'19" W.
10. 4°44'38" N. 161°37'18" W.
11. 3°54'25" N. 162°12'56" W.
12. 2°39'50" N. 163°05'14" W.

Wake Island. The seaward limit of the exclusive economic zone is 200 nautical miles from the baseline from which the territorial sea is measured, except that to the south of Wake Island the limit of the exclusive economic zone shall be determined by straight lines connecting the following points:

1. 17°56'15" N. 169°54'00" E.
2. 17°46'02" N. 169°31'18" E.
3. 17°37'47" N. 169°12'53" E.
4. 17°11'18" N. 168°13'30" E.
5. 16°41'31" N. 167°07'39" E.
6. 16°02'45" N. 165°43'30" E.

Jarvis Island. The seaward limit of the exclusive economic zone is 200 nautical miles from the baseline from which the territorial sea is measured, except that to the north and east of Jarvis Island, the limit of the exclusive economic zone shall be determined by straight lines connecting the following points:

1. 2°01'00" N. 162°22'00" W.
2. 2°01'42" N. 162°01'35" W.
3. 2°03'20" N. 161°41'33" W.
4. 2°02'30" N. 161°36'20" W.
5. 2°00'13" N. 161°22'24" W.
6. 1°50'18" N. 160°20'42" W.
7. 1°45'46" N. 159°52'59" W.
8. 1°43'31" N. 159°39'27" W.
9. 0°58'53" N. 158°59'04" W.
10. 0°46'58" N. 158°48'24" W.
11. 0°12'36" N. 158°18'06" W.
12. 0°00'17" S. 158°07'27" W.
13. 0°24'23" S. 157°49'44" W.
14. 0°25'44" S. 157°48'43" W.
15. 0°58'15" S. 157°24'52" W.
16. 2°13'26" S. 157°49'01" W.
17. 3°10'40" S. 158°10'30" W.

Howland and Baker Islands. The seaward limit of the exclusive economic zone is a line 200 nautical miles from the baseline from which the territorial sea is measured, except to the southeast and south of Howland and Baker Islands the limit of the exclusive economic zone shall be determined by straight lines connecting the following points:

1. 0°14'30" N. 173°08'00" W.
2. 0°14'32" S. 173°27'28" W.
3. 0°43'52" S. 173°45'30" W.
4. 1°04'06" S. 174°17'41" W.
5. 1°12'39" S. 174°31'02" W.
6. 1°14'52" S. 174°34'48" W.
7. 1°52'36" S. 175°34'51" W.
8. 1°59'17" S. 175°45'29" W.
9. 2°17'09" S. 176°13'58" W.
10. 2°32'51" S. 176°38'59" W.
11. 2°40'26" S. 176°51'03" W.
12. 2°44'49" S. 176°58'01" W.
13. 2°44'53" S. 176°58'08" W.
14. 2°56'33" S. 177°16'43" W.
15. 2°58'45" S. 177°26'00" W.

Dated: August 10, 1995.

David A. Colson,

*Deputy Assistant Secretary for Oceans*

[FR Doc. 95-20794 Filed 8-22-95; 8:45 am]

BILLING CODE 4710-09-M

---

## DEPARTMENT OF STATE IN CONJUNCTION WITH DEPARTMENT OF THE INTERIOR

[Public Notice 2243]

### Participation in Working Group To Elaborate a U.N. Declaration on Indigenous Rights

The Economic and Social Council (ECOSOC) of the United Nations has approved establishment of an open-ended, inter-sessional working group of the Commission on Human Rights to elaborate a draft declaration on indigenous rights. The goal of the Working Group is to prepare a declaration for consideration and adoption by the General Assembly during the International Decade of the World's Indigenous People (1994-2004). [The Working Group will consider the draft prepared by the independent experts who comprise the Working Group on Indigenous Populations, which is entitled "United Nations draft declaration on the rights of indigenous peoples."]

ECOSOC also approved adoption of a special procedure to authorize participation in the Working Group by organizations of indigenous people, including tribal governments, not in consultative status with ECOSOC. Interested organizations should apply to the Coordinator of the International Decade at the following address: The Honorable Ibrahima Fall, Assistant Secretary General for Human Rights, Human Rights Center, Office of the United Nations in Geneva, Palais des Nations, 8-14 Avenue de la Paix, 1211 Geneva, Switzerland.

Applications must include the following information about the organization concerned:

(a) The name, headquarters or seat, address and contact person for the organization;



REPUBLIC OF THE MARSHALL ISLANDS
MINISTRY OF FOREIGN AFFAIRS
PO BOX 1349
MAJURO, MARSHALL ISLANDS 96960

US/46-06

    The Ministry of Foreign Affairs of the Republic of the Marshall Islands presents its compliments to the Embassy of the United States of America and refers to the recent arrest and imprisonment of Captain Wen Yueh Lu, former Captain of the F/V MARSHALLS 201, by the United States.

    Captain Lu was formerly the Captain of the F/V MARSHALLS 201, which is a fishing vessel registered in the Republic of the Marshall Islands, owned and operated by the Marshall Islands Fishing Company (MIFCO), a joint venture between Koo's Fishing Company and the Marshall Islands Marine Resources Authority (MIMRA). On December 9, 2006, Captain Lu was arrested by the United States for allegedly failing to heave to as directed by the United States Coast Guard on September 9, 2006. This alleged failure to heave to occurred in an area of the Pacific Ocean that straddles the Exclusive Economic Zones (EEZ) of the Republic of Kiribati and the United States. In this respect, we understand that there is no agreement between the Republic of Kiribati and the United States establishing the EEZ boundary in the area where Captain Lu allegedly failed to heave to, and that such boundary is presently based on a unilateral determination by the United States by way of a United States Government regulation.

    As part of the same incident for which Captain Lu has been arrested, the F/V MARSHALLS 201 was arrested by the United States Coast Guard on September 9, 2006, for alleged unlawful fishing in the United States EEZ and was escorted to Guam. When the F/V MARSHALLS 201 was arrested, there were 6 Marshallese crew members on board. After the F/V MARSHALLS 201 arrived in Guam, Captain Lu remained with the vessel in Guam until October 13, 2006, when the U.S. Attorney allowed Captain Lu to return to his home country of Taiwan. During the entire time Captain Lu was in Guam, and until December 8, 2006, Captain Lu was not charged with violating any law and there was never any indication that the United States intended to charge Captain Lu for failing to heave to. Captain Lu only returned to Guam to cooperate in the civil case pending against the F/V MARSHALLS 201 by giving deposition testimony on December 7 and 8. Only after Captain Lu completed his deposition testimony did the United States arrest, charge and imprison him. The United States position to arrest and imprison Captain Lu, and ordering his confinement to Guam to await criminal trial in the Federal Court for Guam, is a wholly erroneous and improvident exercise of the sovereign's police power and is contrary to customary international law.

Phone: (692) 625-3181/3012 Fax: (692) 625-4979 Email: mofapol@ntamar.net RMI Website: http//www.rmiembassyus.org/

EXHIBIT "5"

Principles of customary international law dictate that Captain Lu be released immediately upon the posting of a reasonable bond. The Republic of the Marshall Islands (RMI), along with 151 other nations, has ratified the United Nations Law of the Sea Convention (LOS Convention). Although the United States has not ratified the LOS Convention, by virtue of the President of the United States' submission of the LOS Convention to the United States Senate for ratification, the United States has expressed its intent to be bound by the LOS Convention and, pursuant to Article 18 of the Vienna Convention on the Law of Treaties, the United States is therefore bound by the rules of the LOS Convention. The LOS Convention provides that when a Coastal State arrests a vessel or crew for violation of that State's fisheries laws, the vessel and crew shall be released upon the posting of a reasonable bond. The LOS Convention further prohibits a Coastal State from imprisoning or imposing any other form of corporal punishment for violation of a Coastal State's fisheries laws unless the flag state of the vessel has consented to such sanction. RMI has not consented to any such sanction. Under these provisions, Captain Lu must be released as soon as a reasonable bond is posted.

In addition, fisheries and maritime resources are one of the few activities that the RMI has available to develop its private sector. The RMI has undertaken a program to maximize economic activity in this crucial sector by encouraging the establishment of locally based fishing vessels which off-load their catch in Majuro for packaging, processing, and shipment of seafood products. These activities also result in spin-off activities such as sales of fuel and provisions.

Presently, the marine resources and fisheries industry in the RMI employs over 300 people, most of which are Marshallese. Koo's Fishing and MIFCO employ approximately 87 Marshallese citizens. Employment of Marshallese in the fishing industry is the fastest growing source of employment for Marshallese citizens in the private sector of the RMI. Without these jobs, Marshallese citizens may need to seek government employment or even migrate to the United States.

The mutual desire of our Governments is to promote private sector development in the RMI under the Compact, as amended, as expressed in the statement made by the Chairman at the most recent JEMFAC meeting on August 30, 2006. In this instance, however, actions taken by the United States Government with respect to Captain Lu directly contravene these mutual objectives. These actions by the United States are frustrating our efforts to develop the private sector of the RMI by insisting on the imposition of criminal measures against Captain Lu personally that will significantly reduce the economic viability of the business for MIFCO as well as its ability to attract and retain qualified Captains to engage in such business. Without qualified Captains, Marshallese will not be able to crew MIFCO fishing vessels and thereby be gainfully employed while also furthering RMI's development of our private sector.

The Ministry therefore requests that the United States act to resolve this matter as quickly as possible by providing for the immediate release of Captain Lu upon the posting of a reasonable bond.

The Ministry of Foreign Affairs of the Republic of the Marshall Islands avails itself of this opportunity to renew to the Embassy of the United States of America the assurances of its highest consideration.



Embassy of the United States of America
Majuro, Marshall Islands
13 December 2006