BERMAN O'CONNOR & MANN
Suite 503 Bank of Guam Bldg.
111 Chalan Santo Papa
Hagatna, Guam 96932
Telephone: (671) 477-2778

Mark S. Smith, Esq.
THE LAW OFFICES OF MARK S. SMITH
456 West O'Brien Drive, Suite 102-D
Hagåtña, Guam 96910
Telephone: (671) 477-6631

Attorneys for Defendant:
WEN YUEH LU

**FILED**
DISTRICT COURT OF GUAM
JAN 11 2007
MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>WEN YUEH LU,<br><br>　　　　　Defendant. | MAGISTRATE CASE NO. 06-00031<br><br><br>**CERTIFICATE OF SERVICE** |

### CERTIFICATE OF SERVICE

I hereby certify that on the 11Th day of January, 2007, I caused to be served a copy of the Motion For Modification of Release Bail Conditions; Memorandum in Support of Motion; Declaration of Defendant's Counsel; and its Exhibit "1" on the following:

**VIA HAND DELIVERY**

U.S. Attorney's Office
Sirena Plaza, Suite 500
108 Hernan Cortez Ave.
Hagatna, Guam 96910

E:\Jean\Plds\DJB\Chen Hsin Yu\COS.wpd

ORIGINAL

U.S. Probation Office
2nd floor, U.S. Courthouse Bldg
520 West Soledad Avenue
Hagatna, Guam 96910

Dated this 11th of January, 2007.

BY: _____
JEANNETTE F. RIVERA

E:\Jean\Plds\DJB\Chen Hsin Yu\COS.wpd