## IN THE DISTRICT COURT OF GUAM
## TERRITORY OF GUAM
## CRIMINAL MINUTES
## GENERAL

CASE NO.: MJ-06-00031-001   DATE: January 11, 2007

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori   Court Reporter: Wanda Miles
Courtroom Deputy: Leilani Toves Hernandez   Electronically Recorded: 10:48:42 - 11:06:56
CSO: F. Tenorio

**APPEARANCES:**
Defendant: Wen Yueh Lu   Attorney: Daniel Berman & Mark Smith
DEFENDANT NOT PRESENT   ☒ Present ☒ Retained ☐ FPD ☐ CJA
☐ Present ☐ Custody ☐ Bond ☐ P.R.
U.S. Attorney: Karon Johnson   U.S. Agent:
U.S. Probation: Carleen Borja   U.S. Marshal: V. Roman
Interpreter:   Language:

**PROCEEDINGS: Motion for Disqualification of Daniel J. Berman and to Vacate Order Setting Briefing and Hearing Dates**
- Proceedings continued to: Tuesday, January 16, 2007 at 8:30 a.m.

NOTES: