BERMAN O'CONNOR & MANN
Suite 503 Bank of Guam Bldg.
111 Chalan Santo Papa
Hagatna, Guam 96932
Telephone: (671) 477-2778

Mark S. Smith, Esq.
THE LAW OFFICES OF MARK S. SMITH
456 West O'Brien Drive, Suite 102-D
Hagåtña, Guam 96910
Telephone: (671) 477-6631

Attorneys for Defendant:
WEN YUEH LU

FILED
DISTRICT COURT OF GUAM
JAN 12 2007
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> WEN YUEH LU, <br><br> Defendant. | MAGISTRATE CASE NO. 06-00031 <br><br> **NOTICE OF HEARING MOTION FOR MODIFICATION OF RELEASE BAIL CONDITIONS** |

**PLEASE TAKE NOTICE** that on January 16, 2007 at the hour of 8:30 a.m. of the said day, in the court room, District Court of Guam, Hagåtña, Guam, has been set for the hearing of said Motion for Modification of Release Bail Conditions.

Dated this 12th day of January, 2007.

Respectfully submitted,

Attorneys for Petitioner/Defendant:
WEN YUEH LU

BERMAN O'CONNOR & MANN

By: _____
DANIEL BERMAN

E:\Jean\Plds\DJB\Wen Lu v. Hon. Rapadas\Ntc Hrg.wpd

ORIGINAL