```
BERMAN O'CONNOR & MANN
Suite 503 Bank of Guam Bldg.
111 Chalan Santo Papa
Hagatna, Guam 96932
Telephone: (671) 477-2778

Mark S. Smith, Esq.
THE LAW OFFICES OF MARK S. SMITH
456 West O'Brien Drive, Suite 102-D
Hagåtña, Guam 96910
Telephone: (671) 477-6631
```

Attorneys for Defendant:
*WEN YUEH LU*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> WEN YUEH LU, ) <br> ) <br> Defendant. ) | MAGISTRATE CASE NO. 06-00031 <br><br> **CERTIFICATE OF SERVICE** |

## CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of January, 2007, I caused to be served a copy of the Notice of Hearing Motion For Modification of Release Bail Conditions on the following:

### VIA HAND DELIVERY

U.S. Attorney's Office
Sirena Plaza, Suite 500
108 Hernan Cortez Ave.
Hagatna, Guam 96910

E:\Jean\Plds\DJB\Wen Lu v. Hon. Rapadas\COS 2.wpd

**ORIGINAL**

U.S. Probation Office
2nd floor, U.S. Courthouse Bldg
520 West Soledad Avenue
Hagatna, Guam 96910

Dated this 12th of January, 2007.

BY: _____
JEANNETTE F. RIVERA

E:\Jean\Plds\DJB\Wen Lu v. Hon. Rapadas\COS 2.wpd