BERMAN O'CONNOR & MANN
Suite 503 Bank of Guam Bldg.
111 Chalan Santo Papa
Hagatna, Guam 96932
Telephone: (671) 477-2778

Mark S. Smith, Esq.
THE LAW OFFICES OF MARK S. SMITH
456 West O'Brien Drive, Suite 102-D
Hagåtña, Guam 96910
Telephone: (671) 477-6631

Attorneys for Defendant:
WEN YUEH LU

FILED
DISTRICT COURT OF GUAM
JAN 16 2007
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> WEN YUEH LU, <br><br> Defendant. | MAGISTRATE CASE NO. 06-00031 <br><br> **MOTION WAIVING DEFENDANT'S PRESENCE AND ACCEPTANCE OF WAIVER - F.R.CRIM.PRO. 43 (b)(2)** |

Comes Now Defendant Wen Yueh Lu, through counsel undersigned, and brings this Motion pursuant to F.R.Crim.Pro. 43(b)(2) waiving Defendant's presence at criminal proceedings in the above noted magistrate case. Defendant requests that he be released, and freed of any conditions of release, except that of his posted bond, to permit his travel overseas based on employment as a captain of a fishing vessel.

E:\Jean\Plds\DJB\Wen Lu v. Hon. Rapadas\Mtn Release.wpd

## MEMORANDUM OF POINTS AND AUTHORITIES

### BACKGROUND

Defendant WEN YUEH LU is a Taiwanese fifty-eight (58) year old man. Defendant was born in Taiwan (Republic of China). He has been married since 1968, and the couple have two children. Mr. Lu has a sterling career of 32 years on the ocean as a ship's captain or fishmaster. No criminal record of arrest or conviction exists in the world.

Defendant Lu has been offered firm employment to go to sea and captain on a new vessel. His immediate release is necessary and requested so that he may pursue his employment on the high seas with immediate return and travel back to his point of origin Taipei, Republic of China. Wherefore, Defendant Lu respectfully requests that the court grant his motion waiving his presence at criminal proceedings based on his consent to be tried *in abstentia* and sentenced *in abstentia*.

### AUTHORITY

Defendant Lu waives his right to appear and be present for his trial, and sentencing if applicable, for the purposes of this above Magistrate Case No. 06-00031.

F.R.Crim.Pro. 43 Defendant's Presence; (b) When Not Required; (2) Misdemeanor Offense states as follows:

> b. A defendant may not be present under any of the following circumstances:
>
> 2. The offense is punishable by fine or imprisonment, for not more than one year, or both, and with the

| | |
|---|---|
| U.S.A. v. WEN YUEH LU | PAGE 3 |
| MOTION WAIVING DEFENDANT'S PRESENCE AND | |
| ACCEPTANCE OF WAIVER - F.R.CRIM.PRO. 43 (b)(2) | |

=================================================

Defendant's written consent, the court permits arraignment, plea, trial and sentencing to occur in the defendant's absence.

Defendant Lu has executed, after having been informed and advised, and received translation to his native language of Chinese, a waiver and consent of his right to personal appearance at his trial, and sentencing, if applicable. See, Exhibit "A", Waiver and Consent, January 16, 2006, attached.

This Court has authority to grant this Motion and permit the trial to proceed for Defendant Lu in his absence. 21A. Am.Jur.2d Criminal Law §904 (Matters affecting right of accused in misdemeanor cases) (1981), p. 369.

### REQUEST FOR RELIEF

Defendant Lu's Motion waiving his presence pursuant to Rule 43(b)(2) for trial and sentencing should be granted and the following relief, including but not limited to, the following be ordered:

(1) The Government Plaintiff release Defendant Lu now without conditions; provided that, his posted reasonable bond remain on deposit with the Court.

(2) The Clerk of Court and/or the Government Plaintiff, its departments, agencies, employees and servants release and return the passport of Defendant Wen Yueh Lu forthwith.

E:\Jean\Plds\DJB\Wen Lu v. Hon. Rapadas\Mtn Release.wpd

(3)  Such other relief as may be just and necessary.

Dated this 16Th day of January, 2007.

Respectfully submitted,

Attorneys for Petitioner/Defendant:
*WEN YUEH LU*

**THE LAW OFFICES OF MARK S. SMITH**

By: _____
MARK S. SMITH

**BERMAN O'CONNOR & MANN**

By: _____
DANIEL BERMAN

E:\Jean\Plds\DJB\Wen Lu v. Hon. Rapadas\Mtn Release.wpd

## CONSENT AND WAIVER

Federal Rules of Criminal Procedure 43(2)(b), **Defendant's Presence**, provides in relevant part:

> **(b) When Not Required.** A defendant need not be present under any of the following circumstances:
>
> \*　　　　　　　\*　　　　　　　\*
>
> **(2) Misdemeanor Offense.** The offense is punishable by fine or imprisonment, for not more than one year, or both, and with the Defendant's written consent, the court permits arraignment, plea, trial and sentencing to occur in the defendant's absence.

Defendant Lu understands that he has a right to be present at his Trial, and possible sentencing if found guilty, in Magistrate Case No. 06-00031.

Pursuant to Rule 43(b)(2), Defendant Lu, after having been informed and advised of his legal rights and remedies, does consent for the Court to proceed in his absence to the Trial and possible sentencing, if applicable, in Magistrate Case No. 06-00031.

Attorney Mark Smith has reviewed the legal rights and options of Mr. Lu, with Mr. Lu personally, and both Attorney Smith and Mr. Lu hereby waive Defendant Lu's right to appear in person for his trial and sentencing, if applicable, in Magistrate Case No. 06-00031.

I do hereby understand and consent to waive my rights to remain on Guam and appear for my trial and possible sentencing in Magistrate Case No. 06-00031.

Dated: 1/16 2007

_____
DEFENDANT WEN YUEH LU

Dated: 1/16/07

_____
MARK S. SMITH, Attorney

## TRANSLATION

The above Consent and Waiver was translated to Chinese language by Mr. Tai Li Hu, the third party custodian or proxy to Mr. Wen Yueh Lu.

Dated: 1/16/2007

_____
TAI LI HU