BERMAN O'CONNOR & MANN
Suite 503 Bank of Guam Bldg.
111 Chalan Santo Papa
Hagatna, Guam 96932
Telephone: (671) 477-2778

Mark S. Smith, Esq.
THE LAW OFFICES OF MARK S. SMITH
456 West O'Brien Drive, Suite 102-D
Hagåtña, Guam 96910
Telephone: (671) 477-6631

Attorneys for Defendant:
*WEN YUEH LU*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>WEN YUEH LU,<br><br>　　　　Defendant. | MAGISTRATE CASE NO. 06-00031<br><br>CERTIFICATE OF SERVICE |

**CERTIFICATE OF SERVICE**

I hereby certify that on the 16th day of January, 2007, I caused to be served a copy of the Motion Waiving Defendant's Presence And Acceptance of Waiver - F.R.Crim.Pro. 43 (b)(2) on the following:

**VIA FACSIMILE & HAND DELIVERY**

U.S. Attorney's Office
Sirena Plaza, Suite 500
108 Hernan Cortez Ave.
Hagatna, Guam 96910
Fax: (671) 472-7215

E:\Jean\Plds\DJB\Wen Lu v. Hon. Rapadas\COS 3.wpd

```
 1  U.S.A. v. WEN YUEH LU                                                    PAGE   2
    CERTIFICATE OF SERVICE
 2
    ========================================================
 3
 4
 5                         U.S. Probation Office
                        2nd floor, U.S. Courthouse Bldg
 6                        520 West Soledad Avenue
                            Hagatna, Guam 96910
 7
            Dated this 16th of January, 2007.
 8
 9                                      BY: _____
                                             JEANNETTE F. RIVERA
10
```

E:\Jean\Plds\DJB\Wen Lu v. Hon. Rapadas\COS 3.wpd