BERMAN O'CONNOR & MANN
Suite 503 Bank of Guam Bldg.
111 Chalan Santo Papa
Hagatna, Guam 96932
Telephone: (671) 477-2778

Mark S. Smith, Esq.
THE LAW OFFICES OF MARK S. SMITH
456 West O'Brien Drive, Suite 102-D
Hagåtña, Guam 96910
Telephone: (671) 477-6631

Attorneys for Defendant:
*WEN YUEH LU*

# IN THE DISTRICT COURT OF GUAM

## FOR THE DISTRICT OF GUAM

| UNITED STATES OF AMERICA, | ) | MAGISTRATE CASE NO. 06-00031 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | |
| WEN YUEH LU, | ) | **ORDER GRANTING MOTION WAIVING DEFENDANT'S PRESENCE** |
| Defendant. | ) | |

  On January 16, 2007, the Court having held hearing, including taking argument of the parties, and reviewed the Motion Waiving Defendant's Presence and Acceptance of Waiver pursuant to Fed. R. Crim. P. 43(b)(2) hereby Orders that:

  1. The Waiver of Defendant Wen Yueh Lu's right to be present and personally appear in this case for the plea, trial, and sentencing if applicable, is accepted;

  2. Defendant Wen Yueh Lu is released forthwith without conditions and is free to travel and leave the Territory of Guam at his discretion;

  3. The Clerk of Court and the Government, its departments, agencies and employees shall release and return forthwith to defendant Wen Yueh Lu his Republic of China passport; and

4. The bond posted by Defendant Wen Yueh Lu shall remain held by the Clerk of Court until further order of the Court.

IT IS SO ORDERED.

DATED: January 16, 2007



**/s/ Joaquin V.E. Manibusan, Jr.**
**U.S. Magistrate Judge**

Wen Yueh Lu_FedRCrimP 43(b)(2)