# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
## MINUTES



**FILED**
DISTRICT COURT OF GUAM
JAN 1 7 2007
MARY L.M. MORAN
CLERK OF COURT

**HONORABLE JOAQUIN V.E. MANIBUSAN, JR., Magistrate Judge**

<u>**CASE NO. CV-06-00039**</u>   **DATE: 01/16/2007**

**CAPTION:** <u>Wen Yueh Lu</u> -vs- <u>United States of America</u>

**COUNSEL FOR PETITIONER:**
DANIEL J. BERMAN

**COUNSEL FOR RESPONDENT:**
KARON JOHNSON

<u>**CASE NO. MJ-06-00031**</u>

**CAPTION:** <u>United States of America</u> -vs- <u>Wen Yueh Lu</u>

**DEFT: <u>WEN YUEH LU</u>**
( X ) PRESENT   ( ) CUSTODY   ( X ) BOND   ( ) P.R.

**ATTY: <u>MARK SMITH / DANIEL J. BERMAN</u>**
( X ) PRESENT   ( X ) RETAINED   ( ) FPD   ( ) CJA APPOINTED

Courtroom Deputy: Virginia T. Kilgore
Official Court Reporter: Wanda Miles
U.S. Probation Officer: Carleen Borja (8:42:29 - 9:31:42)
Hearing Electronically Recorded: (8:42:29 - 9:31:42; 2:03:55 - 2:14:40)
Interpreter: <u>Foo Mee Chun Clinard, previously sworn</u>   Language: <u>Chinese Mandarin</u>

Law Clerk: Judith Hattori
CSO: F. Tenorio
USMS: G. Perez

***

**Civil Case No. 06-00039**

▸ **Motion for Disqualification of Daniel J. Berman and to Vacate Order Setting Briefing and Hearing Dates -** <u>The Court denied the motion in the civil case and limited Mr. Berman's role in the criminal case.</u>

▸ **Petition for Writ of Habeas Corpus -** <u>Mr. Smith indicated this would be moot if the Court permits defendant to waive his presence pursuant to Federal Rules of Criminal Procedure 43(b)(2).</u>

**MJ-06-00031**

▸ **Motion for Disqualification of Daniel J. Berman and to Vacate Order Setting Briefing and Hearing Dates -** <u>The Court denied the motion in the civil case and limited Mr. Berman's role in the criminal case.</u>
▸ <u>**Government's oral motion to disqualify Mr. Smith was denied.**</u>
▸ **Motion for Modification of Release Bail Conditions -** <u>Moot.</u>
▸ **Motion Waiving Defendant's Presence and Acceptance of Waiver -** <u>Granted. Order to be issued by Court.</u>

**NOTES:**
<u>Mr. Smith's oral motion to release defendant's passport was granted. The Court ordered that the copy of defendant's waiver of conflict of interest be lodged under seal. No further written orders will be issued as to these matters.</u>