

NOV 22 2006



EXHIBIT "B"   NOV 22 2006



EXHIBIT
13 B







EXHIBIT 13C





EXHIBIT 13D




EXHIBIT
13 E