BERMAN O'CONNOR & MANN
Suite 503 Bank of Guam Bldg.
111 Chalan Santo Papa
Hagatna, Guam 96932
Telephone: (671) 477-2778

Mark S. Smith, Esq.
THE LAW OFFICES OF MARK S. SMITH
456 West O'Brien Drive, Suite 102-D
Hagåtña, Guam 96910
Telephone: (671) 477-6631

Attorneys for Defendant:
WEN YUEH LU

FILED
DISTRICT COURT OF GUAM
JAN 19 2007
MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | MAGISTRATE CASE NO. 06-00031 |
| Plaintiff, | |
| vs. | **CERTIFICATE OF SERVICE** |
| WEN YUEH LU, | |
| Defendant. | |

**CERTIFICATE OF SERVICE**

I hereby certify that on the 19th day of January, 2007, I caused to be served a copy of the Motion to Compel Discovery Fed.R.Crim.Pro. 16 on the following:

**VIA FACSIMILE & HAND DELIVERY**

Karon Johnson, Esq.
U.S. Attorney's Office
Sirena Plaza, Suite 500
108 Hernan Cortez Ave.
Hagatna, Guam 96910
Fax: (671) 472-7215

Dated this 19th of January, 2007.

BY: _____
JEANNETTE F. RIVERA

E:\Jean\Plds\DJB\Wen Lu v. Hon. Rapadas\Mtn Compel.wpd

ORIGINAL