

EXHIBIT

13.A

PENGAD-Bayonne, N. J.

NOV 22 2006



NOV 22 2006

EXHIBIT C



NOV 22 2006

EXHIBIT

13 B

PENGAD-Bayonne, N. J.



MARSAT-C

22 2006







NOV 22 2006

EXHIBIT

13D

PENGAD-Bayonne, N. J.



NOV 22 2006