BERMAN O'CONNOR & MANN
Suite 503 Bank of Guam Bldg.
111 Chalan Santo Papa
Hagatna, Guam 96932
Telephone: (671) 477-2778

Mark S. Smith, Esq.
THE LAW OFFICES OF MARK S. SMITH
456 West O'Brien Drive, Suite 102-D
Hagåtña, Guam 96910
Telephone: (671) 477-6631

Attorneys for Defendant:
WEN YUEH LU

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| UNITED STATES OF AMERICA, | ) MAGISTRATE CASE NO. 06-00031 |
|---|---|
| Plaintiff, | ) |
| vs. | ) NOTICE OF MOTION TO |
| WEN YUEH LU, | ) COMPEL DISCOVERY |
| | ) F.R.CRIM.PRO. 16 |
| Defendant. | ) |

**PLEASE TAKE NOTICE** that on FEB - 1 2007, 2007 at the hour of 9:30 a.m. of the said day, in the court room, District Court of Guam, Hagåtña, Guam, has been set for the hearing of said Motion to Compel Discovery pursuant to Fed.R.Crim.Pro. 16

Dated this 19th day of January, 2007.

Respectfully submitted,

Attorneys for Petitioner/Defendant:
WEN YUEH LU

BERMAN O'CONNOR & MANN
THE LAW OFFICES OF MARK S. SMITH

By: _____
DANIEL BERMAN
MARK S. SMITH

FILED
DISTRICT COURT OF GUAM
JAN 22 2007
MARY L.M. MORAN
CLERK OF COURT

RECEIVED
JAN 19 2007
DISTRICT COURT OF GUAM
HAGATNA, GUAM

ORIGINAL

Case 1:06-mj-00031   Document 41   Filed 01/22/2007   Page 1 of 1