BERMAN O'CONNOR & MANN
Suite 503 Bank of Guam Bldg.
111 Chalan Santo Papa
Hagatna, Guam 96932
Telephone: (671) 477-2778

Mark S. Smith, Esq.
THE LAW OFFICES OF MARK S. SMITH
456 West O'Brien Drive, Suite 102-D
Hagåtña, Guam 96910
Telephone: (671) 477-6631

Attorneys for Defendant:
WEN YUEH LU

FILED
DISTRICT COURT OF GUAM
JAN 22 2007
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>WEN YUEH LU,<br><br>Defendant. | MAGISTRATE CASE NO. 06-00031<br><br>**NOTICE OF MOTION TO DISMISS;<br>or in the alternative TO SUPPRESS<br>EVIDENCE FOR DESTRUCTION<br>OF EVIDENCE** |

**PLEASE TAKE NOTICE** that on FEB - 1 2007, 2007 at the hour of 9:30 a.m. of the said day, in the court room, District Court of Guam, Hagåtña, Guam, has been set for the hearing of said Motion to Dismiss; or in the alternative to Suppress Evidence For Destruction of Evidence.

Dated this 17th day of January, 2007.

Respectfully submitted,

Attorneys for Petitioner/Defendant:
WEN YUEH LU

BERMAN O'CONNOR & MANN
THE LAW OFFICES OF MARK S. SMITH

By: _____
DANIEL BERMAN
MARK S. SMITH

RECEIVED
JAN 19 2007
DISTRICT COURT OF GUAM
HAGATNA, GUAM

ORIGINAL