IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | MAGISTRATE CASE NO. 06-00031 |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| WEN YUEH LU, | ) | **Setting Briefing Schedule** |
| Defendant. | ) | |

On January 19, 2007, the Defendant filed a Motion to Dismiss; or in the Alternative to Suppress Evidence for Destruction of Evidence. (Docket No. 39). Said motion is scheduled to be heard by the Court on Thursday, February 1, 2007, at 9:30 a.m. The Government shall file its response to the motion no later than January 26, 2007. The Defendant shall file a reply no later than January 29, 2007.

SO ORDERED this 23rd day of January 2007.

**/s/ Joaquin V.E. Manibusan, Jr.**
**U.S. Magistrate Judge**