BERMAN O'CONNOR & MANN
Suite 503 Bank of Guam Bldg.
111 Chalan Santo Papa
Hagatna, Guam 96932
Telephone: (671) 477-2778

Mark S. Smith, Esq.
THE LAW OFFICES OF MARK S. SMITH
456 West O'Brien Drive, Suite 102-D
Hagåtña, Guam 96910
Telephone: (671) 477-6631

Attorneys for Defendant:
WEN YUEH LU

**FILED**
DISTRICT COURT OF GUAM
JAN 26 2007
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>WEN YUEH LU,<br><br>Defendant. | MAGISTRATE CASE NO. 06-00031<br><br><br>**CERTIFICATE OF SERVICE** |

**CERTIFICATE OF SERVICE**

I hereby certify that on the 26th day of January, 2007, I caused to be served a copy of the Notice of Motion to Enter Plea of Nolo Contendere and Defendant's Motion And Memorandum to Enter Plea of Nolo Contendere on the following:

**VIA HAND DELIVERY**

U.S. Attorney's Office
Sirena Plaza, Suite 500
108 Hernan Cortez Ave.
Hagatna, Guam 96910
Fax: (671) 472-7215

C:\Documents and Settings\admin\Local Settings\Temporary Internet Files\Content.IE5\GHIJKLMN\COS2[2].wpd

ORIGINAL

```
1  U.S.A. v. WEN YUEH LU                                          PAGE   2
   CERTIFICATE OF SERVICE
2
   ================================================================
3

4

5                         U.S. Probation Office
                        2nd floor, U.S. Courthouse Bldg
6                         520 West Soledad Avenue
                            Hagatna, Guam 96910
7

8          Dated this 26th of January, 2007.
9
                                    BY: _____
10                                       JENNIFER C. BAUTISTA
11
```