IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | MAGISTRATE CASE NO. 06-00031 |
| Plaintiff, | ) | |
| vs. | ) | |
| WEN YUEH LU, | ) | **ORDER** |
| Defendant. | ) | |

On January 26, 2007, the government filed a Motion to Dismiss Without Prejudice. On the same date, the Defendant filed a Motion to Enter Plea of Nolo Contendere. The Court hereby sets both motions for hearing on Thursday, February 1, 2007, at 9:30 a.m. The parties shall file their respective responses to the motions no later than 9:00 a.m. on Wednesday, January 31, 2007.

SO ORDERED this 29th day of January 2007.

**/s/ Joaquin V.E. Manibusan, Jr.**
**U.S. Magistrate Judge**