1  **BERMAN O'CONNOR & MANN**
   Suite 503 Bank of Guam Bldg.
2  111 Chalan Santo Papa
3  Hagatna, Guam 96932
   Telephone: (671) 477-2778
4

5  **THE LAW OFFICES OF MARK S. SMITH**
   456 West O'Brien Drive, Suite 102-D
6  Hagatna, Guam 96910
   Telephone: (671) 477-6631/32
7  Facsimile:  (670) 477-8831

8
   Attorneys for Defendant,
9  *Wen Yueh Lu*

**FILED**
DISTRICT COURT OF GUAM
JAN 3 1 2007
MARY L.M. MORAN
CLERK OF COURT

10          **IN THE UNITED STATES DISTRICT COURT**

11          **FOR THE DISTRICT OF GUAM**
12

13  UNITED STATES OF AMERICA,          )     MAGISTRATE CASE NO.: 06-00031
14                                     )
              Plaintiff,               )
15                                     )
16        vs.                          )     **DEFENDANT'S RESPONSE TO**
                                       )     **UNITED STATES MOTION TO**
17                                     )     **DISMISS AND DEFENDANT'S**
                                       )     **REQUEST FOR RELEASE OF BOND**
18  WEN YUEH LU                        )
                                       )
19            Defendant.               )
                                       )
20

21        COMES NOW, Defendant Wen Yueh Lu, by and through undersigned legal counsel Mark
22
23  S. Smith, Esq. and files his response to United States Motion to Dismiss and Defendant's Request

24  for Release of Bond.

25        On January 19, 2007, Defendant filed his Motion to Compel, and Motion to Dismiss for
26
    discovery related violations specifically regarding destruction of laptop computer INMARSAT C
27
28  and incorporates said motions by reference and requests the court grant said motions and dismiss the

    above referenced case with prejudice.

    Criminal/Wen.Lu
    Def.Response.to.US.and.Mot.to.Dismiss                 Page 1 of 2

United States of America vs. Wen Yueh Lu
Defendant's Response to United States Motion to Dismiss and
Defendant's Request for Release of Bond

Magistrate Case No.:06-00031

Page 2 of 2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

If the court dismisses the above-referenced case, Defendant respectfully requests release of

Five Thousand and 00/100 Dollars ($5,000.00) bond as this requirement is no longer necessary and

remitted to person designated by Defendant.

Dated this 30th, day of January, 2007.

Respectfully submitted,

By:  _____
**MARK S. SMITH, ESQ.**
Attorney for Defendant, *Wen Yueh Lu*

Criminal/Wen.Lu
Def.Response.to.US.and.Mot.to.Dismiss