ORIGINAL

BERMAN O'CONNOR & MANN
Suite 503 Bank of Guam Bldg.
111 Chalan Santo Papa
Hagatna, Guam 96932
Telephone: (671) 477-2778

Mark S. Smith, Esq.
THE LAW OFFICES OF MARK S. SMITH
456 West O'Brien Drive, Suite 102-D
Hagåtña, Guam 96910
Telephone: (671) 477-6631

Attorneys for Defendant:
WEN YUEH LU

FILED
DISTRICT COURT OF GUAM
JAN 3 1 2007
MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | MAGISTRATE CASE NO. 06-00031 |
| Plaintiff, | |
| vs. | CERTIFICATE OF SERVICE |
| WEN YUEH LU, | |
| Defendant. | |

### CERTIFICATE OF SERVICE

I hereby certify that on the 31st day of January, 2007, I caused to be served a copy of the Defendant's Response to United States Motion to Dismiss and Defendant's Request for Release of Bond on the following:

**VIA HAND DELIVERY**

U.S. Attorney's Office
Sirena Plaza, Suite 500
108 Hernan Cortez Ave.
Hagatna, Guam 96910
Fax: (671) 472-7215

C:\Documents and Settings\admin\Desktop\My Documents MAIN\Criminal Cases\District Court\Wen Yueh Lu\COS2[2].wpd

================================================================

U.S. Probation Office
2nd floor, U.S. Courthouse Bldg
520 West Soledad Avenue
Hagatna, Guam 96910

Dated this 31st of January, 2007.

BY: _____
JENNIFER C. BAUTISTA

C:\Documents and Settings\admin\Desktop\My Documents MAIN\Criminal Cases\District Court\Wen Yueh Lu\COS2[2].wpd