BERMAN O'CONNOR & MANN
Suite 503 Bank of Guam Bldg.
111 Chalan Santo Papa
Hagatna, Guam 96932
Telephone: (671) 477-2778

Mark S. Smith, Esq.
THE LAW OFFICES OF MARK S. SMITH
456 West O'Brien Drive, Suite 102-D
Hagåtña, Guam 96910
Telephone: (671) 477-6631

Attorneys for Defendant:
WEN YUEH LU

FILED
DISTRICT COURT OF GUAM
FEB - 1 2007
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>WEN YUEH LU,<br><br>Defendant. | MAGISTRATE CASE NO. 06-00031<br><br>ORDER RETURNING BAIL |

On December 13, 2006, Defendant posted as a condition of his release in this case the amount of FIVE THOUSAND AND 00/100 DOLLARS ($5,000.00).

On February 1, 2007, the Court having held hearing, including taking argument of the parties, and reviewed the Defendant's Motion for Release of Bond to Person Designated by Defendant hereby Orders that:

1. The Clerk of Court shall return to Tai Li Hu the sum of FIVE THOUSAND AND 00/100 DOLLARS ($5,000.00) deposited in the registry as bail for the Defendant Wen Yueh Lu.

**ORIGINAL**

E:\Jean\Plds\DJB\USA v. Lu\order bail.wpd

1 U.S.A. v. WEN YUEH LU  PAGE 2
  ORDER RETURNING BAIL
2
3 ===============================================
4
5
6 IT IS SO ORDERED.
7 DATED: 2/1/2007
8
9                                  HONORABLE JOAQUIN V.E. MANIBUSAN, JR.
                                   MAGISTRATE, DISTRICT COURT OF GUAM
10
11
12 APPROVED AS TO FORM:
13 OFFICE OF THE UNITED STATES ATTORNEY
14 BY: _____
15     KARON V. JOHNSON, ESQ.
    ASSISTANT U.S. ATTORNEY
16 Dated: 2/1/07
17
18
19
20
21
22
23
24
25
26
27
28 E:\Jean\Plds\DJB\USA v. Lu\order bail.wpd