IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
CRIMINAL MINUTES
GENERAL



**FILED**
DISTRICT COURT OF GUAM
FEB -2 2007
MARY L.M. MORAN
CLERK OF COURT

CASE NO.: MJ-06-00031          DATE: February 01, 2007

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori          Court Reporter: Wanda Miles
Courtroom Deputy: Virginia T. Kilgore          Electronically Recorded: 9:35:43 - 9:51:56
CSO: F. Tenorio

**APPEARANCES:**

Defendant: Wen Yueh Lu          Attorney: Mark Smith with Co-counsel Daniel J. Berman

DEFENDANT NOT PRESENT          ☑ Present ☑ Retained ☐ FPD ☐ CJA
☐ Present ☐ Custody ☐ Bond ☐ P.R.

U.S. Attorney: Karon Johnson          U.S. Agent:
U.S. Probation: Maria Cruz          U.S. Marshal: None Present
Interpreter:          Language:

**PROCEEDINGS:** Motion to Compel Discovery F.R. Crim. Pro. 16 / Motion to Dismiss, or in the Alternative Motionto Suppress Evidence for Destruction of Evidence / Motio to Ener Plea of Nolo Contendere / Motion to Dismiss

- Government's Motion to Dismiss granted. Case dismissed without prejudice.
- The Court stated that all other motions are moot.
- The Court ordered and executed the release of defendant's bond.
- The Court further ordered that the trial set in this matter is vacated.

NOTES: No written orders will be forthcoming.

