DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>WEN YUEH LU,<br><br>        Defendant. | MAGISTRATE CASE NO. 06-00031<br><br>ACKNOWLEDGMENT OF<br>U.S. TREASURY CHECK |

I, __Hu, TAI-LI__, hereby acknowledge receipt of U.S. Treasury check no. 00042538, in the amount of $5,000.00, dated February 5, 2007. Attached hereto is a copy of the check.

__2/6/2007__  
Date

__[signature]__  
Signature

ORIGINAL



United States Treasury 15-51/000

DISTRICT COURT
AGANA, GU

4694-00042538

Check No.

02 05 07    Release of Bond    00042538

Pay to the order of

TAI LI HU
MJ-06-00031 USA vs WEN YUEH LU
TUMON BAY CAPITAL HOTEL
1448 PALE SAN VITORES ROAD
TUMON , GU 96913

$******5,000*00

VOID AFTER ONE YEAR

REF. NO.

DISBURSING OFFICER

⑆4694⑆ ⑈000000518⑈ 00042538⑊